**FILED**
**NOVEMBER 21, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6593**

| | |
|---|---|
| ASTOR PLAZA CONDOMINIUM ASSOCIATION, DANIEL G. MOHEN, TRAVIS W. COCHRAN, GEETA KRISHNAMURTHI, and WILLIAM S. LODER, <br><br> Plaintiffs, <br><br> v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and MERRIMACK MUTUAL FIRE INSURANCE COMPANY, <br><br> Defendants. | Cook County No. 07 CH 29201 <br><br> Northern District No._____ <br><br> Jury Trial Demanded |

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE KEYS**
**CEM**

## NOTICE OF REMOVAL

Defendant, Travelers Casualty and Surety Company of America ("Travelers"), pursuant to 28 U.S.C. §§ 1441(a) and 1446, hereby gives notice of its removal of this action from the Circuit Court of Cook County, Illinois, to this Court. In support of its Notice of Removal, Travelers states as follows:

### THE STATE COURT ACTION

1. On or about October 12, 2007, Astor Plaza Condominium Association, Daniel G. Mohen, Travis W. Cochran, Geeta Krishnamurthi, and William S. Loder (collectively, "the Astor Parties") commenced an action by filing a complaint against Travelers and Merrimack Mutual Fire Insurance Company ("Merrimack") in the Chancery Division of the Circuit Court of Cook County, Illinois, bearing Case No. 07 CH 29201 (the "State Court Action"), attached hereto as Exhibit A. Michael McRaith, Director of Insurance, as agent for service of process for Travelers, was served with the Summons and Complaint in the State Court Action on October

25, 2007. A copy of the letter from Michael McRaith to Travelers enclosing the Summons and Complaint is attached as Exhibit B.

## THE PARTIES

2.  Plaintiff Astor Plaza Condominium Association ("Astor Plaza") is a condominium association organized under the laws of Illinois, with its principal place of business in Illinois.

3.  Plaintiff Daniel G. Mohen ("Mohen") is a citizen of Illinois.

4.  Plaintiff Travis W. Cochran ("Cochran") is a citizen of Illinois.

5.  Plaintiff Geeta Krishnamurthi ("Krishnamurthi") is a citizen of Illinois.

6.  Plaintiff William S. Loder ("Loder") is a citizen of Illinois.

7.  Travelers is a corporation organized under the laws of Connecticut with its principal place of business in Hartford, Connecticut.

8.  Merrimack is a corporation organized under the laws of Massachusetts with its principal place of business in Andover, Massachusetts.

## THE NATURE OF THE DISPUTE

9.  Travelers issued a Non-Profit Management and Organization Liability insurance policy to Astor Plaza for the Policy Period of December 27, 2005 to December 27, 2008, bearing policy no. 104668076 (the "Travelers Policy").

10. Travelers denied coverage for the claims asserted by Margaret Goldberg against the Astor Parties in an action pending in the Circuit Court of Cook County, Illinois, Law Division, styled *Margaret Goldberg v. Astor Plaza Condominium Association, et al.,* under Case No.: 06 CH 24682 (the "Underlying Action"). The Underlying Action's original complaint, first

amended complaint, and second amended complaint are attached as exhibits to the Astor Parties' complaint filed in the State Court Action and are attached hereto as Exhibit A.

11. The Complaint in the State Court Action seeks a declaration that Travelers is obligated to defend and indemnify the Astor Parties in the Underlying Action.

## STATUTORY REQUIREMENTS FOR REMOVAL

12. By this Notice, Travelers has removed the State Court Action to this Court, pursuant to 28 U.S.C. §§ 1441(a) and 1446, and asserts that federal subject matter jurisdiction is proper under diversity jurisdiction. Removal based on federal diversity jurisdiction requires that the amount in controversy exceed $75,000, exclusive of interest and costs, and that the citizenship of the parties be completely diverse. 28 U.S.C. §1332(a)(1).

Amount in Controversy.

13. In the second amended complaint of the Underlying Action, Goldberg alleged eight causes of action against one or more of the Astor Parties for acts or omissions relating to their involvement with the Astor Plaza Condominium. Based upon the allegations, Goldberg requested certain equitable relief and damages including reimbursement for her attorneys' fees and payment of an amount in excess of $50,000. The Astor Parties' complaint in the State Court Action asks that the Court order Travelers to defend the Astor Parties in the Underlying Action, to indemnify the Astor Parties for damages that they incur in the Underlying Action, including Goldberg's attorney's fees and an amount in excess of $50,000, and to pay a penalty of $60,000, due to violating 215 ILCS 5/155. Thus, this matter involves an amount in controversy which exceeds the sum of $75,000, exclusive of interest and costs, and satisfies the amount in controversy requirement of diversity jurisdiction.

Diversity of Citizenship.

14.    There is complete diversity of citizenship between the Astor Parties on the one hand and Travelers and Merrimack on the other hand and such complete diversity at the time the State Court Action was commenced.

Timeliness of Removal

15.    This Notice of Removal is filed within thirty days of October 24, 2007, the date of service upon the first-served-defendant, Merrimack.

Consent by All Defendants

16.    A Notice of Removal fails unless all defendants join it. 28 U.S.C. §1441(b). Merrimack consents to this removal and has joined in the Notice. See Exhibit C.

Attachment of Documents

17.    Travelers has attached all process, pleadings, and orders served on it in the State Court Action, as required by 28 U.S.C. §1446(a). See Exhibit A and B.

Written Notice to Plaintiff

18.    Written notice of the filing of this Notice of Removal will be given promptly by Travelers to counsel for the Astor Parties as specified in the attached Certificate of Service, as required by 28 U.S.C. §1446(d).

Filing Notice in State Court

19.    A copy of this Notice of Removal will be filed promptly by Travelers in the Circuit Court of Cook County, in accordance with 28 U.S.C. §1446(d).

Respectfully submitted,

Travelers Casualty and Surety Company of America

By: *[signature: Emorico H. Cavaliere]*
One of its attorneys

Peter F. Lovato, III, Esq. (No. 1695940)
Michael J. Rosen, Esq. (No. 6193177)
Emorico H. Cavaliere, Esq. (No. 6277233)
Boundas, Skarzynski, Walsh & Black, LLC
200 E. Randolph Street, Suite 7200
Chicago, IL 60601
(312) 946-4200

P:\TRAV02\13562\PLEADINGS\Removal\Notice of Removal.doc