07 C 6593

To:      Our 39 E. Schiller Neighibors
From:   Sue and Bill Smilie
Re:      Window Information

As you know from the report of the roofer, several theories that could be causing the leakage were concluded:



Water could be entering up above and tracking down the inside of the metal panels (roof access would be necessary to determine if this is the cause)

Multiple layers of caulk on the outside indicate this has been an ongoing problem and the caulk was not adhering in various spots

To determine if it is the windows, contact the window manufacturer (would this mean a comprehensive, long term remedy is possible?)

We contacted Pella and have had two visits.  This is what they determined:

- The leakage problem is structural and not the windows
- Replacing the windows would be a waste of money as that is NOT the problem
- The caulking around the windows and flashing has come away leaving obvious gaps where water can easily get in.

IF this was caulked last year as Robin said it was, it is obvious the caulking was inferior quality as was the workmanship.  Caulking, according to the Pella people, should last quite a long time.

The Pella repairman will be at our unit on Monday, October 25th to replace cranks, two sills which are cracked, and also adjust the windows so they fit more correctly.  If any of the gasket seals need replacing he will also do that.  This will render our front windows usable, but this will not solve the water leakage problem.

It is his opinion that we need to find a contractor to inspect all the joints and the flashing around the windows and have them re-caulked with a material that adheres and will seal the areas where water is seeping in.  Since we are not the only unit experiencing this problem, it seems to be something the condo association needs to look into.

One more thing the Pella representative said is that bay windows are "notorious" for having problems and must be maintained on a very regular basis to keep them in good condition.

For those of you who need windows replaced or would like your individual bay windows looked at the Pella representative is Dan Ottenhoff and he can be reached at (847) 478-5065.

When the condo association meets on October 19, we will be recommending we contact contractors to give quotes on re-caulking the windows and flashings before winter sets in.  Please give any contacts or recommendations on reliable contractors to Karma so she can contact them and get quotes and evaluations.

Thanks to all of you who replied and gave your input to this endeavor.  Hopefully by continuing to work on it, it will eventually be solved.



BONNER&OU LAW OFFICES
@005/006

# RD Construction & Builders INC.

9421 Greenwood Dr
Desplaines, IL. 60016
Phone: (773) 852-4111
Fax: (847) 299-4738



## INVOICE
11/27/06

Submitted to: Cagan Management Group / Attention Brian

**Work to be performed at:**    39 E. Schiller St., Chicago

We furnish all of the materials and labor necessary for the completion of:

  1.  South side of the building, hang up the scaffold.
      A. Remove all broken caulking and apply new. — included
      B. Install new whip hoes.
      C. Grind out and tuck-pointing every cracks.
      D. Spray hydrozo sealer in order to stop the leaks and
         protect bricks.


              Total Cost with Labor and Materials: $3300


Two-year warranty on materials and workmanship.

Thank you for your business.


Submitted by: _____    Date: 11/27/06

      paid 2500 - 12/13/2006



Invoice

Page 1 of 1

Originating-IP: [64.27.159.11]
Subject: Invoice
Date: Thu, 14 Dec 2006 13:44:18 -0600
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Thread-Topic: Invoice
Thread-Index: AccfuD48horVwdl5TVuNBy8f856t6w==
From: "Bryan Cagan" <bryan@cagan.com>
To: <mrichek@ameritech.net>

Margaret -

Per our conversation please find attached the invoice from RD Construction with the exact work that was done on the south side of the building, per your request.

Thank you

<<SCAN5326_000.pdf>>

*Bryan Cagan*
Cagan Management Group, Inc.

3856 W. Oakton          867 W. Buckingham, Lower Level
Skokie, IL 60076        Chicago, IL 60657
(Corporate Office)      (Chicago Office)

847.679.5512            773.477.9141
847.679.5516 - Fax      773.477.9485 - Fax
847.324.8948 - Direct

bryan@cagan.com
www.cagan.com

SCAN5326_000.pdf

08/12/2007 10:51 IFAX                                        → Karin                    ☑001/096

2004-12-27   2005-12-27   2004-12-27   **BUSINESSOWNERS**   SBP 2206003-04- D

# MERRIMACK MUTUAL FIRE INS. CO.
### ANDOVER, MASSACHUSETTS 01810

* RENEWAL DECLARATION * * EFFECTIVE 12/27/04

**DECLARATIONS PAGE**

RENEWAL OF POLICY SBP 2206003

| POLICY NUMBER | EFFECTIVE | EXPIRATION | AGENT # | AGENT |
|---|---|---|---|---|
| SBP 220-60-03 | 12/27/04 | 12/27/05 | 0006101 | TELEPHONE:  (847) 940-4300 |

**NAMED INSURED AND ADDRESS**

ASTOR PLAZA CONDO ASSN
C/O KASS MANAGEMENT SVCS INC
2000 N RACINE #3400
CHICAGO IL   60614-4045

ROSENTHAL BROS INC
740 WAUKEGAN ROAD STE 402
PO BOX 700
DEERFIELD IL  60015-0700

THE NAMED INSURED IS CORPORATION.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**LIABILITY AND MEDICAL PAYMENTS**

EXCEPT FOR FIRE LEGAL LIABILITY, EACH PAID CLAIM FOR THE FOLLOWING COVERAGES
REDUCES THE AMOUNT OF INSURANCE WE PROVIDE DURING THE  APPLICABLE ANNUAL PERIOD.
PLEASE REFER TO PARAGRAPH D.4. OF THE BUSINESSOWNERS LIABILITY COVERAGE FORM.

LIABILITY AND MEDICAL EXPENSES        $1,000,000
MEDICAL EXPENSES                      $   5,000 PER PERSON
FIRE LEGAL LIABILITY                  $  50,000 ANY ONE FIRE OR EXPLOSION

**PROPERTY**

COVERAGE AT THE BELOW DESCRIBED LOCATIONS IS PROVIDED ONLY WHERE A LIMIT OF
INSURANCE IS SHOWN OR A PREMIUM IS STATED. BUSINESS INCOME AND EXTRA EXPENSE
INCLUDED. PLEASE REFER TO PROPERTY COVERAGE FORM.

LOC 01: 39 E SCHILLER AVE CHICAGO IL 60610.
   BUSINESS OF NAMED INSURED TO WHICH THIS INSURANCE APPLIES:
      CONDOMINIUM ASSN
   COVERAGE:SPC, DED01000, AIB=02%. RATE:FRS, T01, PCO2, ACO.

|  | LIMIT OF INSURANCE | PREMIUMS |
|---|---|---|
| BUILDING | $2,885,500 | $8,305 |

CONTINUED ON NEXT PAGE

PLEASE  NOTE :
ALL POLICY CHANGES SHOULD BE PROCESSED THROUGH YOUR AGENT.

**EXHIBIT**

tabbies

D

LEGEND: ACO=CONDO APARTMENT,ACV=ACTUAL CASH VALUE BUILDING OPTION,AIB=AUTOMATIC INCREASE BUILDING,APT=
APARTMENT,BO=BUILDING OFFICE,BR=BUILDING RATE NUMBER,BRK=BRICK,CO=CONTENTS OFFICE,CR=CONTENTS RATE NUMBER,DED=
DEDUCTIBLE AMOUNT,FRM=FRAME,FRS=FIRE RESISTIVE,G=RATE GROUP,LOC=LOCATION,MNC=MASONRY NON-COMBUSTIBLE,NC=NON-
COMBUSTIBLE,OCO=OFFICE CONDOMINIUM,PC=PROTECTION CLASS,SPC=SPECIAL POLICY,STD=STANDARD POLICY,T=TERRITORY.

HOME OFFICE COPY

09/12/2007 10:51 IFAX                                    → Karin          ☑002/098

**BUSINESSOWNERS**                          SBP 2206003-04- D



## MERRIMACK MUTUAL FIRE INS. CO.
ANDOVER, MASSACHUSETTS 01810                          DECLARATIONS PAGE
RENEWAL DECLARATION • • EFFECTIVE 12/27/04

RENEWAL OF POLICY SBP 2206003

| POLICY NUMBER | EFFECTIVE | EXPIRATION | AGENT # | AGENT |
|---|---|---|---|---|
| SBP 220-60-03 | 12/27/04 | 12/27/05 | 0006101 | TELEPHONE: (847) 940-4300 |

| NAMED INSURED AND ADDRESS | |
|---|---|
| ASTOR PLAZA CONDO ASSN<br>C/O KASS MANAGEMENT SVCS INC<br>2000 N RACINE #3400<br>CHICAGO IL   60614-4045 | ROSENTHAL BROS INC<br>740 WAUKEGAN ROAD STE 402<br>PO BOX 700<br>DEERFIELD IL 60015-0700 |

```
ADDITIONAL COVERAGES - - - - - - - - - - - - - - - - - -
EXTERIOR BLDG GLASS $500 DEDUCTIBLE APPLIES

   DIRECTORS & OFFICERS LIABILITY - FORM 4076
      COVERAGE APPLIES TO ALL LOCATIONS.                    $256.00
      LIMIT OF LIABILITY $1000000 EACH OCCURRENCE $1000000 AGGREGATE.

   EMPLOYEE DISHONESTY $500 DEDUCTIBLE APPLIES
      COVERAGE APPLIES TO ALL LOCATIONS,                    $211.00
      LIMIT OF LIABILITY - EACH OCCURRENCE $ 50000,
      NUMBER OF EMPLOYEES IS 5.

   ENHANCEMENT ENDORSEMENT - FORM 5039
      COVERAGE APPLIES TO LOCATION 1.                        $95.00

   HIRED CAR
      COVERAGE APPLIES TO ALL LOCATIONS.                     $33.00

   EQUIPMENT BREAKDOWN FORM 6001 $500 DEDUCTIBLE APPLIES
      COVERAGE APPLIES TO LOCATION 1.                      INCLUDED

   NON-OWNED AUTO LIABILITY
      COVERAGE APPLIES TO ALL LOCATIONS.                     $66.00

   EXTENDED BUILDING COVERAGE - FORM 5020
      BROAD FORM WATER DAMAGE
      COVERAGE APPLIES TO LOCATION 1, LIMIT OF LIABILITY IS $ 500000,   $625.00
      NUMBER OF SQUARE FEET IS 4000.
       $2500 DEDUCTIBLE APPLIES

   ORDINANCE OR LAW COVERAGE
      COVERAGE APPLIES TO LOCATION 1. COVERAGE 1 APPLIES,   $1,591.00
      COVERAGE 2 APPLIES LIMIT OF LIABILITY IS $ 100000,
      COVERAGE 3 APPLIES LIMIT OF LIABILITY IS $ 100000.

   MISCELLANEOUS
      FORM NUMBER IS 5011 06/91.
```

CONTINUED ON NEXT PAGE

LEGEND: ACD=CONDO APARTMENT,ACV=ACTUAL CASH VALUE BUILDING OPTION,AIB=AUTOMATIC INCREASE BUILDING,APT=
APARTMENT,BO=BUILDING OFFICE,BR=BUILDING RATE NUMBER,BRK=BRICK,CO=CONTENTS OFFICE,CR=CONTENTS RATE NUMBER,DED=
DEDUCTIBLE AMOUNT,FRM=FRAME,FRS=FIRE RESISTIVE,G=RATE GROUP,LOC=LOCATION,MNC=MASONRY NON-COMBUSTIBLE,NC=NON-
COMBUSTIBLE,OCO=OFFICE CONDOMINIUM,PC=PROTECTION CLASS,SPC=SPECIAL POLICY,STD=STANDARD POLICY,T=TERRITORY.

HOME OFFICE COPY

**BUSINESSOWNERS**                                    KBF 2206003-04- D



## MERRIMACK MUTUAL FIRE INS. CO.
### ANDOVER, MASSACHUSETTS 01810
DECLARATIONS PAGE

* RENEWAL DECLARATION * * EFFECTIVE 12/27/04

RENEWAL OF POLICY SBP 2206003

| POLICY NUMBER | EFFECTIVE | EXPIRATION | AGENT # | AGENT |
|---|---|---|---|---|
| SBP 220-60-03 | 12/27/04 | 12/27/05 | 0006101 | TELEPHONE:  (847) 940-4300 |

| NAMED INSURED AND ADDRESS | |
|---|---|
| ASTOR PLAZA CONDO ASSN<br>C/O KASS MANAGEMENT SVCS INC<br>2000 N RACINE #3400<br>CHICAGO IL   60614-4045 | ROSENTHAL BROS INC<br>740 WAUKEGAN ROAD STE 402<br>PO BOX 700<br>DEERFIELD IL 60015-0700 |

```
        FORM NUMBER IS 4071A 05/93.
        ADD'L INSD: KASS MANAGEMENT SERVICES, 2000 N RACINE #3400,
        CHICAGO IL 60614 INTEREST: PROPERTY MANAGER

    LIMITED FUNGI OR BACTERIA COVERAGE (LIABILITY) - FORM 970578
        COVERAGE APPLIES TO ALL LOCATIONS,
        COVERAGE LIMIT IS $15,000

    LIMITED FUNGI OR BACTERIA COVERAGE (PROPERTY) - FORM 970576
        COVERAGE APPLIES TO ALL LOCATIONS,
        COVERAGE LIMIT IS $15,000

        TERRORISM RISK INSURANCE ACT OF 2002      PREMIUM WAIVED

    FORMS AND ENDORSEMENTS- 5048 07/02, BP0006 01/97, BP0009 01/97, BP0154 03/99,
    971706 11/03, BP1706 01/96, 5021 06/92, BP0002 12/99, 5038 03/98, IL0284 10/00,
    4091B 03/94*, BP0417 06/89, 5041 04/03, BP0496 10/01, 7000 12/02, BP0514 01/03,
    BP0534 11/02, BP0538 12/02, BP0542 11/02, 970576 06/03, 970578 06/03,
    BP0412 01/87, 4076 08/91, 5039 01/99, BP0404 01/96, 6001 04/99, 5020 03/92,
    970446 06/03, 5011 06/91, 4071A 05/93.

    DESIGNATED PREMISES SCHEDULE FORM BP0412:
        LOC 01
        39 E SCHILLER AVE
        CHICAGO IL                       60610

    TOTAL BASE PREMIUM LOC 01                             $8,305.00

                    TOTAL BASE PREMIUM - - - - - - - - - -   $8,305.00
            TOTAL ADDITIONAL COVERAGES - - - - - - - - - -   $2,877.00

                    TOTAL ANNUAL PREMIUM - - - - - - - - - - $11,182.00

    POLICY PERIOD - 12:01 AM  STANDARD TIME  AT YOUR MAILING ADDRESS SHOWN ABOVE.
```

CONTINUED ON NEXT PAGE

LEGEND: ACO=CONDO APARTMENT,ACV=ACTUAL CASH VALUE BUILDING OPTION,AIB=AUTOMATIC INCREASE BUILDING,APT=
APARTMENT,BO=BUILDING OFFICE,BR=BUILDING RATE NUMBER,BRK=BRICK,CO=CONTENTS OFFICE.CR=CONTENTS RATE NUMBER,DED=
DEDUCTIBLE AMOUNT,FRM=FRAME,FRS=FIRE RESISTIVE,G=RATE GROUP,LOC=LOCATION,MNC=MASONRY NON-COMBUSTIBLE, NC=NON-
COMBUSTIBLE,OCO=OFFICE CONDOMINIUM,PC=PROTECTION CLASS,SPC=SPECIAL POLICY,STD=STANDARD POLICY,T=TERRITORY.

HOME OFFICE COPY

09/12/2007 10:51 IFAX                                        → Karin                ☑ 004/096

**BUSINESSOWNERS**                    SBP 2206003-04- D



## MERRIMACK MUTUAL FIRE INS. CO.
ANDOVER, MASSACHUSETTS 01810

**RENEWAL DECLARATION * * EFFECTIVE 12/27/04**

DECLARATIONS PAGE

**RENEWAL OF POLICY SBP 2206003**

| POLICY NUMBER | EFFECTIVE | EXPIRATION | AGENT # | AGENT |
|---|---|---|---|---|
| SBP 220-60-03 | 12/27/04 | 12/27/05 | 0006101 | TELEPHONE: (847) 940-4300 |

**NAMED INSURED AND ADDRESS**

ASTOR PLAZA CONDO ASSN
C/O KASS MANAGEMENT SVCS INC
2000 N RACINE #3400
CHICAGO IL    60614-4045

ROSENTHAL BROS INC
740 WAUKEGAN ROAD STE 402
PO BOX 700
DEERFIELD IL  60015-0700

```
-------------------
AUTHORIZED SIGNATURE
```
                                    10/19/04
                                    DATE

LEGEND: ACO=CONDO APARTMENT,ACV=ACTUAL CASH VALUE BUILDING OPTION,AIB=AUTOMATIC INCREASE BUILDING,APT=
APARTMENT,BO=BUILDING OFFICE,BR=BUILDING RATE NUMBER,BRK=BRICK,CO=CONTENTS OFFICE,CR=CONTENTS RATE NUMBER,DED=
DEDUCTIBLE AMOUNT,FRM=FRAME,FRS=FIRE RESISTIVE,G=RATE GROUP,LOC=LOCATION,MNC=MASONRY NON-COMBUSTIBLE,NC=NON-
COMBUSTIBLE,OCO=OFFICE CONDOMINIUM,PC=PROTECTION CLASS,SPC=SPECIAL POLICY,STD=STANDARD POLICY,T=TERRITORY.

HOME OFFICE COPY

BUSINESSOWNERS                SBP 220-60-03- 9



# MERRIMACK MUTUAL FIRE INS. CO.

ANDOVER, MASSACHUSETTS 01810

**DECLARATIONS PAGE**

## - BOP WORK SHEET -
## ** ALL RATES AND PREMIUMS ARE DEVIATED **

| POLICY NUMBER | EFFECTIVE | EXPIRATION | AGENT # | AGENT |
|---|---|---|---|---|
| SBP 220-60-03 | 12/27/04 | 12/27/05 | 0006101 | TELEPHONE:  (847) 840-4300 |

**NAMED INSURED AND ADDRESS**

ASTOR PLAZA CONDO ASSN
C/O KASS MANAGEMENT SVCS INC
2000 N RACINE #3400
CHICAGO IL   60614-4045

ROSENTHAL BROS INC
740 WAUKEGAN ROAD STE 402
PO BOX 700
DEERFIELD IL  60015-0700

---

LOC #01: 39 E SCHILLER AVE CHICAGO IL 60610.
OCCUPANCY IS CONDO-APARTMENT          LIABILITY LIMIT $1,000,000

TERRITORY IS 01            PROTECTION CODE IS 02          SPRINKLER NO

TYPE OF CONSTRUCTION IS FIRE RESISTIVE

        IRPM 1.000 X EXP. MOD. 1.000 = 1.000 MOD.

  *BUILDING*  RATE # 00      SPECIAL      DEDUCTIBLE  1000

   BASE   LOAD    RATE    ACV     INF      RATE     LIAB    RATE
   0.357 + .021 = 0.378 X 1.000 X 0.9700 =  0.367 + 0.038 =  0.405

      RATE     LIMIT      PREM     DED     MOD        PREM
      0.405 X 28855.00 =  11686.27 X 0.940 X 1.000 =  10985.09

    PREM      DUPC      PREMIUM
   10985.09 X  0.700  =   $7690

*OPTIONAL COVERAGES SECTION*

  EMPLOYEE DISHONESTY        LIMIT =   50000
     FIXED RATE + CHARGE FOR OVER 5 EMPLOYEES              PREMIUM
        211.00 +    (   15.00 X 000 )     = 000211 X 1.000 =  $211

  DIRECTORS AND OFFICERS LIABILITY LIMIT   $1000000
      # UNITS      PREM     MOD    PREMIUM
       008    X    256 X  1.000 =   $256

  NONOWNED AUTO LIABILITY
      66 PREM X 1.000 MOD =    $66 PREMIUM

  HIRED CAR LIABILITY
      33 PREM X 1.000 MOD =    $33 PREMIUM

  EXTENDED BUILDING COVERAGE - BROAD FORM

CONTINUED ON NEXT PAGE

HOME OFFICE COPY

09/12/2007 10:51 IFAX                                        → Karin                    ☑ 006/096

**BUSINESSOWNERS**



## MERRIMACK MUTUAL FIRE INS. CO.
ANDOVER, MASSACHUSETTS 01810
- BOP WORK SHEET -
** ALL RATES AND PREMIUMS ARE DEVIATED **

DECLARATIONS PAGE

| POLICY NUMBER | EFFECTIVE | EXPIRATION | AGENT # | AGENT |
|---|---|---|---|---|
| SBP 220-60-03 | 12/27/04 | 12/27/05 | 0006101 | TELEPHONE: (847) 940-4300 |

**NAMED INSURED AND ADDRESS**

ASTOR PLAZA CONDO ASSN
C/O KASS MANAGEMENT SVCS INC
2000 N RACINE #3400
CHICAGO IL   60614-4045

ROSENTHAL BROS INC
740 WAUKEGAN ROAD STE 402
PO BOX 700
DEERFIELD IL  60015-0700

```
    RATE        LIMIT    PREM      MOD       PREM
   0.125  X     5000 = 0625.00  X 1.000 =  625.00

ORDINANCE OR LAW COVERAGE 1
    RATE        LIMIT         PREM

   0.054 X     28855 =     1558.00

      YOCC     MRPC    DUPC    AGE    MOD    COOP    PREM

     X 1.000 X 1.000 X 0.700 X 1.000 X 1.000 X 1.000 =  $1091

ORDINANCE OR LAW COVERAGE 2
    RATE        LIMIT         PREM

   0.357 X      1000 =      357.00

      YOCC     MRPC    DUPC    AGE    MOD    COOP    PREM

     X 1.000 X 1.000 X 0.700 X 1.000 X 1.000 X 1.000 =  $250

ORDINANCE OR LAW COVERAGE 3
    RATE        LIMIT         PREM

   0.357 X      1000 =      357.00

               MRPC    DUPC    AGE    MOD    COOP    PREM

     X 1.000 X 0.700 X 1.000 X 1.000 X 1.000 =  $250

EQUIPMENT BREAKDOWN COVERAGE
BUILDING
RATE      BASE PREM
  0.080 X  7690 =  $615

BUSINESS OWNERS ENHANCEMENT ENDORSEMENT
    RATE     MOD     PREMIUM
```

CONTINUED ON NEXT PAGE

HOME OFFICE COPY

**BUSINESSOWNERS**                                SBP 220003-04- D



## MERRIMACK MUTUAL FIRE INS. CO.
ANDOVER, MASSACHUSETTS 01810
- BOP WORK SHEET -
** ALL RATES AND PREMIUMS ARE DEVIATED **

DECLARATIONS PAGE

| POLICY NUMBER | EFFECTIVE | EXPIRATION | AGENT # | AGENT |
|---|---|---|---|---|
| SBP 220-80-03 | 12/27/04 | 12/27/05 | 0008101 | TELEPHONE:  (847) 940-4300 |

| NAMED INSURED AND ADDRESS | |
|---|---|
| ASTOR PLAZA CONDO ASSN<br>C/O KASS MANAGEMENT SVCS INC<br>2000 N RACINE #3400<br>CHICAGO IL   60614-4045 | ROSENTHAL BROS INC<br>740 WAUKEGAN ROAD STE 402<br>PO BOX 700<br>DEERFIELD IL  60015-0700 |

```
        95 X 1.000 =      $95

              *** TOTAL PREMIUM LOC 01 . . .   $11182.00

              *** TOTAL POLICY PREMIUM . . .   $11182.00
```

HOME OFFICE COPY

09/12/2007 10:51 IFAX                                    → Karin              ☑006/096

BUSINE$$OWNERS                          8BP 9208003-04- 0



### MERRIMACK MUTUAL FIRE INS. CO.
ANDOVER, MASSACHUSETTS 01810
- BOP WORK SHEET -
** ALL RATES AND PREMIUMS ARE DEVIATED **

DECLARATIONS PAGE

| POLICY NUMBER | EFFECTIVE | EXPIRATION | AGENT # | AGENT |
|---|---|---|---|---|
| SBP 220-60-03 | 12/27/04 | 12/27/05 | 0006101 | TELEPHONE:  (847) 940-4300 |

| NAMED INSURED AND ADDRESS | |
|---|---|
| ASTOR PLAZA CONDO ASSN<br>C/O KASS MANAGEMENT SVCS INC<br>2000 N RACINE #3400<br>CHICAGO IL   60614-4045 | ROSENTHAL BROS INC<br>740 WAUKEGAN ROAD STE 402<br>PO BOX 700<br>DEERFIELD IL  60015-0700 |

```
        RATE         LIMIT   PREM        MOD        PREM
        0.125  X     5000 = 0625.00  X  1.000  =  625.00

    ORDINANCE OR LAW COVERAGE 1
        RATE        LIMIT        PREM

        0.054 X     28855 =    1558.00

            YOCC    MRPC    DUPC    AGE     MOD     COOP        PREM

            X 1.000 X 1.000 X 0.700 X 1.000 X 1.000 X 1.000 =  $1091

    ORDINANCE OR LAW COVERAGE 2
        RATE        LIMIT        PREM

        0.357 X     1000 =      357.00

            YOCC    MRPC    DUPC    AGE     MOD     COOP        PREM

            X 1.000 X 1.000 X 0.700 X 1.000 X 1.000 X 1.000 =  $250

    ORDINANCE OR LAW COVERAGE 3
        RATE        LIMIT        PREM

        0.357 X     1000 =      357.00

                    MRPC    DUPC    AGE     MOD     COOP        PREM

            X 1.000 X 0.700 X 1.000 X 1.000 X 1.000 =  $250

    EQUIPMENT BREAKDOWN COVERAGE
    BUILDING
    RATE      BASE PREM
        0.080 X  7690 =   $615

    BUSINESS OWNERS ENHANCEMENT ENDORSEMENT
        RATE     MOD     PREMIUM
```

CONTINUED ON NEXT PAGE

HOME OFFICE COPY

09/12/2007 10:51 IFAX                                → Karin            ☑007/096

**BUSINESSOWNERS**                    SBP 2209002-04- D



## MERRIMACK MUTUAL FIRE INS. CO.

ANDOVER, MASSACHUSETTS 01810

**- BOP WORK SHEET -**

** ALL RATES AND PREMIUMS ARE DEVIATED **

DECLARATIONS PAGE

| POLICY NUMBER | EFFECTIVE | EXPIRATION | AGENT # | AGENT |
|---|---|---|---|---|
| SBP 220-80-03 | 12/27/04 | 12/27/05 | 0008101 | TELEPHONE:  (847) 940-4300 |

| NAMED INSURED AND ADDRESS | |
|---|---|
| ASTOR PLAZA CONDO ASSN<br>C/O KASS MANAGEMENT SVCS INC<br>2000 N RACINE #3400<br>CHICAGO IL   60614-4045 | ROSENTHAL BROS INC<br>740 WAUKEGAN ROAD STE 402<br>PO BOX 700<br>DEERFIELD IL  60015-0700 |

95 X 1.000 =      $95

*** TOTAL PREMIUM LOC 01 . . .   $11182.00

*** TOTAL POLICY PREMIUM . . .   $11182.00

HOME OFFICE COPY

09/12/2007 10:52 IFAX                                    → Karin                  ☑008/096

5011 (6/91)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## EMPLOYEE REDEFINED

This endorsement modifies insurance provided under the following:

> STANDARD BUSINESSOWNERS POLICY
> SPECIAL BUSINESSOWNERS POLICY

In consideration of the premium charged it is understood and agreed that under Employee Dishonesty, Section I - Optional Coverages "Employee" is defined to include any duly elected or appointed officer, director, trustee or property manager of the insured, whether or not compensated, while serving in such capacity during the policy period.

09/12/2007 10:52 IFAX                                      → Karin                    ☑009/096

## BUSINESSOWNERS EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the Businessowners Property Coverage Form. If there is other coverage under the Businessowners Property Coverage Form or any other endorsement not specified herein, the coverage under this endorsement will apply only to the covered loss in excess of the amount due from that other coverage.

**1.   Additional Coverages**

**a.   Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $5,000 for your liability for fire department service charges:

**(1)**   Assumed by contract or agreement prior to loss; or

**(2)**   Required by local ordinance.

**b.   Fire Extinguisher Recharge Expense**

We will pay the cost of recharging your fire extinguishing systems (including hydrostatic testing if needed) or replacing the fire extinguishers or fire extiguishing systems, whichever is less, because they are discharged as a result of fighting a fire on or within 100 feet of the described premises.

**c.   Reward**

We will pay up to $10,000 as a reward for information which leads to a conviction in connection with a fire loss or theft loss covered under this policy. Regardless of the number of persons involved in providing information, the limit of our liability under this Additional Coverage shall not be increased.

**d.   Money Orders And Counterfeit Paper Currency**

We will pay for loss due to the good faith acceptance of:

**(1)**   Any U.S. or Canadian post office, express company, or national or state (or Canadian) chartered bank money order that is not paid upon presentation to the issuer; or

**(2)**   Counterfeit United States or Canadian paper currency;

in exchange for merchandise, "money" or services or as part of a normal business transaction.

The most we will pay for any loss under this Additional Coverage is $1,500.

**e.   Forgery And Alteration**

**(1)**   We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**(2)**   If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)**   The most we will pay for any loss, including legal expenses, under this Additional Coverage is $7,500.

**f.   Lock Replacement**

You may extend the insurance provided by this policy to apply to the cost to repair or replace the door locks or tumblers of your described premises due to theft of your door keys.

The most we will pay under this Extension is $1,500 in one occurrence.

**2    Coverage Extensions**

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, unless a higher Limit of Insurance is shown in the Declarations.

**a.   Property At Newly Acquired Premises**

Copyright, Merrimack/Cambridge Mutual Fire Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission, 1998

(1) You may extend the insurance that applies to Property to apply to that property at any premises you acquire.

The most we will pay for loss or damage under this Extension is $150,000 for Business Personal Property and $250,000 for Buildings at each premises.

(2) Insurance under this Extension for each newly acquired premises will end when any of the following first occurs:

   (a) This policy expires;

   (b) 30 days expire after you acquire or begin construction at the new premises; or

   (c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the premises.

**b. Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $10,000, but not more than $1,000 for any one tree, shrub or plant.

**c. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or your employees. This extension does not apply to:

(1) Tools or equipment used in your business; or

(2) Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

**d. Valuable Papers And Records**

(1) You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research lost information on "valuable papers and records" for which duplicates do not exist.

(2) This Coverage Extension does not apply to:

   (a) Property held as samples or for delivery after sale;

   (b) Property in storage away from the premises shown in the Declarations.

(3) The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $15,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $2,500.

(4) Exclusions of the Property Coverage Form does not apply to this Coverage Extension except for Exclusions referenced as follows:

   (a) Governmental Action;

   (b) Nuclear Hazard;

   (c) War And Military

   (d) Dishonesty;

   (e) False Pretense;

   (f) The Accounts Receivable and "Valuable Papers And Records" Exclusions; and

   (g) We will not pay for loss or damage caused by or resulting from any of the following I through III. But if an excluded cause of loss that is

Copyright, Merrimack/Cambridge Mutual Fire Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission, 1996

5038 (03/98)
Page 2

listed in I. through III results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

I. **Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

II. **Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

III. **Negligent Work**

Faulty, inadequate or defective:

(i) Planning, zoning, development, surveying, siting;

(ii) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(iii) Materials used in repair, construction, renovation or remodeling; or

(iv) Maintenance;

of part or all of any property on or off the described premises.

e. **Accounts Receivable**

(1) You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

(a) All amounts due from your customers that you are unable to collect;

(b) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

(c) Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

(d) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

(2) The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $15,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $2,500.

(3) Section B. Exclusions of the Property Coverage Form does not apply to this Coverage Extension except for Exclusions referrenced as follows:

(a) Governmental Action;

(b) Nuclear Hazard;

(c) War And Military Action;

(d) Dishonesty;

(e) False Pretense;

(f) The Accounts Receivable and "Valueble Papers And Records" Exclusions; and

(g) Paragraph d.(4)(g) of this endorsement.

f. **Loss Adjustment Expenses**

You may extend the insurance provided by this policy to apply to your expenses for preparation of loss data, including inventories and appraisals, in connection with any claim covered under this policy. This Extension will not pay for expenses incurred in using the services of a public adjuster.

The most we will pay under this Extension is $1,000.

Copyright, Merrimack/Cambridge Mutual Fire Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission, 1996

09/12/2007 10:52 IFAX                                    → Karin                    ☑012/096

BUSINESSOWNERS
BP 00 09 01 97

# BUSINESSOWNERS COMMON POLICY CONDITIONS

All coverages of this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 5 days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy.

      (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

         (a) Seasonal unoccupancy; or

         (b) Buildings in the course of construction, renovation or addition.

         Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

      (2) After damage by a covered cause of loss, permanent repairs to the building:

         (a) Have not started, and

         (b) Have not been contracted for,

         within 30 days of initial payment of loss.

      (3) The building has:

         (a) An outstanding order to vacate;

         (b) An outstanding demolition order; or

         (c) Been declared unsafe by governmental authority.

      (4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

      (5) Failure to:

         (a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

         (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   b. 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   c. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This policy;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this policy.

**D. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**E. Inspections And Surveys**

We have the right but are not obligated to:

**1.** Make inspections and surveys at any time;

**2.** Give you reports on the conditions we find; and

**3.** Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**1.** Are safe or healthful; or

**2.** Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**F. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**G. Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**H. Other Insurance**

**1.** If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**2.** Business Liability Coverage is excess over any other insurance that insures for direct physical loss or damage.

**3.** When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so; but we will be entitled to the insured's rights against all those other insurers.

**I. Premiums**

**1.** The first Named Insured shown in the Declarations:

    **a.** Is responsible for the payment of all premiums; and

    **b.** Will be the payee for any return premiums we pay.

**2.** The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**3.** With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

    **a.** Paid to us prior to the anniversary date; and

          Copyright, Insurance Services Office, Inc., 1997          BP 00 09 01 97    ☐

  **b.** Determined in accordance with Paragraph 2. above.

  Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

  **4.** Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**J. Premium Audit**

  **1.** This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

  **2.** Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

  **3.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**K. Transfer Of Rights Of Recovery Against Others To Us**

  **1.** Applicable to Businessowners Property Coverage:

  If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

  **a.** Prior to a loss to your Covered Property.

  **b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

    **(1)** Someone insured by this insurance;

    **(2)** A business firm:

      **(a)** Owned or controlled by you; or

      **(b)** That owns or controls you; or

    **(3)** Your tenant.

  You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

  This will not restrict your insurance.

  **2.** Applicable to Businessowners Liability Coverage:

  If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**L. Transfer Of Your Rights And Duties Under This Policy**

  Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

  If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**BUSINESSOWNERS**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

### SCHEDULE*

| Bldg./Prem. No./No. | Cov. 1 | Cov. 2 Limit of Insurance. | Cov. 3 Limit of Insurance. | Covs. 2 and 3 **Combined** Limit of Insurance. | |
|---|---|---|---|---|---|
| ___/___ | ☐ | $_____ | $_____ | $_____ | ** |
| ___/___ | ☐ | $_____ | $_____ | $_____ | ** |
| ___/___ | ☐ | $_____ | $_____ | $_____ | ** |

*Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.

**Do **not** enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages 2 and 3, or if one of these Coverages is not applicable.

---

**A.** Each Coverage - Coverage 1, Coverage 2 and Coverage 3 - applies only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the Building property identified for the Coverage(s) in the Schedule.

**B.** We will not pay under Coverage 1, 2 or 3 of this endorsement for:

  **1.** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread of any activity of "fungi", wet or dry rot or bacteria; or

  **2.** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.

**C.** Coverage

  **1.** **Coverage 1 - Coverage for Loss to the Undamaged Portion of the Building**

  If a Covered Cause of Loss occurs to covered Building property, we will pay under Coverage 1 for the loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that:

  **a.** Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

  **b.** Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

  **c.** Is in force at the time of loss.

  Coverage 1 is included within the Limit of Insurance shown in the Declarations as applicable to the covered Building property. Coverage 1 does not increase the Limit of Insurance.

  **2.** **Coverage 2 - Demolition Cost Coverage**

  If a Covered Cause of Loss occurs to covered Building property, we will pay the cost to demolish and remove debris of undamaged parts of the property caused by enforcement of building, zoning or land use ordinance or law.

  Paragraph **E.6.d.** of the Property Loss Conditions does not apply to Demolition Cost Coverage.

Copyright, Merrimack/Cambridge Mutual Fire Insurance Company
Includes copyrighted material of Insurance Services Office Inc. with its permission, 1998

3. **Coverage 3 - Increased Cost of Construction Coverage**

   If a Covered Cause of Loss occurs to the covered Building property, we will pay for the increased cost to:

   a. Repair or reconstruct damaged portions of that Building property; and/or

   b. Reconstruct or remodel undamaged portions of that Building property, whether or not demolition is required;

   when the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law.

   However:

   a. This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

   b. We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

   Paragraph **E.6.d.** of the Property Loss Conditions does not apply to the Increased Cost of Construction Coverage.

D. **Loss Payment**

   1. When Coverage 1 applies, loss to the building, including loss in value of the undamaged portion of the building due to enforcement of an ordinance or law, will be determined as follows:

      a. If the property is repaired or replaced on the same or another premises, we will not pay more than the lesser of:

         (1) The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

         (2) The Limit of Insurance shown in the Declarations as applicable to the covered Building property.

      b. If the property is not repaired or replaced, we will not pay more than the lesser of:

         (1) The actual cash value of the building at the time of loss; or

         (2) The Limit of Insurance shown in the Declarations as applicable to the covered Building property.

   2. Unless paragraph **D.4.** applies, loss payment under Coverage 2 - Demolition Cost Coverage will be determined as follows:

      We will not pay more than the lesser of the following:

      a. The amount you actually spend to demolish and clear the site of the described premises; or

      b. The applicable Limit of Insurance shown for Coverage 2 in the Schedule above.

   3. Unless paragraph **D.4.** applies, loss payment under Coverage 3 - Increased Cost of Construction Coverage will be determined as follows:

      a. We will not pay under Coverage 3:

         (1) Until the property is actually repaired or replaced, at the same or another premises; and

         (2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

      b. If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage 3 is the lesser of:

         (1) The increased cost of construction at the same premises; or

         (2) The applicable Limit of Insurance shown for Coverage 3 in the Schedule above.

      c. If the ordinance or law requires relocation to another premises, the most we will pay under Coverage 3 is the lesser of:

         (1) The increased cost of construction at the new premises; or

Copyright, Merrimack/Cambridge Mutual Fire Insurance Company
Includes copyrighted material of Insurance Services Office Inc. with its permission, 1995

(2) The applicable Limit of Insurance shown for Coverage 3 in the Schedule above.

4. If a **Combined** Limit of Insurance is shown for Coverages 2 and 3 in the Schedule above, paragraphs **D.2.** and **D.3.** of this endorsement do not apply with respect to the Building property that is subject to the Combined Limit, and the following loss payment provisions apply instead:

The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit of Insurance shown for Coverages 2 and 3 in the Schedule above. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

a. For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

b. With respect to the Increased Cost of Construction:

(1) We will not pay for the increased cost of construction:

(a) Until the property is actually repaired or replaced, at the same or another premises; and

(b) Unless the repairs or replacement are made as soon as reasonably possible after

the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(2) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

(3) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

E. The terms of this endorsement apply separately to each building to which this endorsement applies.

F. Under this endorsement, we will not pay for loss due to any ordinance or law that:

1. You were required to comply with before the loss, even if the building was undamaged; and

2. You failed to comply with.

G. The following definition is added to Paragraph **H.** Property Definitions:

1. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by fungi.

Copyright, Merrimack/Cambridge Mutual Fire Insurance Company
Includes copyrighted material of Insurance Services Office Inc. with its permission, 1995

BUSINESSOWNERS
BP 05 14 01 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Liability Coverage Form **BP 00 06** and **Section II – Liability** of the Businessowners Coverage Form **BP 00 03**:

A.  Exclusion **l.** under Paragraph **B.1., Exclusions - Applicable To Business Liability Coverage** is replaced by the following:

   1.  **Applicable To Business Liability Coverage**

     This insurance does not apply to:

     **i.**  **War**

       "Bodily injury", "property damage", "personal injury", "advertising injury" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

       **(1)**  War, including undeclared or civil war; or

       **(2)**  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

       **(3)**  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

B.  Exclusion **h.** under Paragraph **B.2. Exclusions - Applicable To Medical Expenses Coverage** does not apply. Medical Expenses due to war are now subject to Exclusion **g.** of Paragraph **B.2.** since "bodily injury" arising out of war is now excluded under Paragraph **B.1., Exclusions - Applicable To Business Liability Coverage.**

Copyright, ISO Properties, Inc., 2003                          **BP 05 14 01 03**

09/12/2007 10:52 IFAX                                    → Karin              ☒019/036

# ADDITIONAL INTEREST ENDORSEMENT

This endorsement, effective _____ forms a part of policy No. _____

(12:01 A.M., standard time)

issued to

by

Additional premium for this endorsement:    $_____

Name                              Interest                        P.O. Address


1. It is agreed that such insurance as is afforded for Bodily Injury and Property Damage under Liability Coverage shall also apply to each interest named herein, as an insured; but such inclusion of additional interest or interests shall not operate to increase the limits of the company's liability.

2. It is further agreed that, if the policy is issued to a fiduciary, the insurance afforded by this endorsement shall not apply to any executive officer or employee with respect to injury to or sickness, disease or death of another executive officer or employee of the same employer injured in the course of such employment.

_____

Authorized Representative

4071-A (05/93)                                                           2M-(25)-5/93/AC/CL

09/12/2007 10:52 IFAX                                                → Karin                        ☒ 020/096

# BUSINESSOWNERS ENHANCEMENT ENDORSEMENT

In consideration of the premium charged this endorsement modifies insurance provided under the Businessowners Property Coverage Form. If there is other coverage under the Businessowners Property Coverage Form or any other endorsement not specified herein, the coverage under this endorsement will apply only to the covered loss in excess of the amount due from that other coverage.

## I.  MONEY AND SECURITIES

**A.** We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

   **(1)** Theft, meaning any act of stealing;

   **(2)** Disappearance; or

   **(3)** Destruction.

**B.** In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

   **(1)** Resulting from accounting or arithmetical errors or omissions;

   **(2)** Due to the giving or surrendering of property in any exchange or purchase; or

   **(3)** Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**C.** The most we will pay for loss in any one occurrence is:

   **(1)** $10,000 for Inside the Premises for "money" and "securities" while:

      **(a)** In or on the described premises; or

      **(b)** Within a bank or savings institution; and

   **(2)** $5,000 for Outside the Premises for "money" and "securities" while anywhere else.

**D.** All loss:

   **(1)** Caused by one or more persons; or

   **(2)** Involving a single act or series of related acts;

   is considered one occurrence.

**E.** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

## II.  OUTDOOR SIGNS

**A.** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

   **(1)** Owned by you; or

   **(2)** Owned by others but in your care, custody or control.

**B.** We will not pay for loss or damage caused by or resulting from:

   **(1)** Wear and tear;

   **(2)** Hidden or latent defect;

   **(3)** Rust;

   **(4)** Corrosion; or

   **(5)** Mechanical breakdown.

**C.** The most we will pay for loss or damage in any one occurrence is $2,500.

## III.  BROAD FORM WATER DAMAGE

**A.** The following are added to COVERED CAUSES OF LOSS in the Businessowners Property Coverage Form:

   **1.** **Broad Form Water Damage,** meaning loss or damage to building caused by:

      **a.** Water which backs up through sewers or drains;

      **b.** Water below the surface of the ground including water that exerts pressure on or flows, seeps or leaks into a building, foundation or other opening.

Copyrighted, Merrimack/Cambridge Mutual Fire Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission, 1996

**B.** The LIMITS OF INSURANCE SECTION is replaced by the following:

    **a.** The most we will pay for loss or damage in any one occurrence is $10,000.

    **b.** The Limit of Insurance that applies to coverage under this endorsement also applies to the Business Income and Extra Expense Additional Coverages, but is not in addition to the Limit of Insurance in (a) above.

## IV. PERSONAL PROPERTY OFF PREMISES

**A.** You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or temporarily at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $5,000.

## V. POWER OUTAGE-SPOILAGE

**A.** Perishable stock is covered for loss due to **Power Outage**, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

    **1.** "Perishable Stock" means property:

        **a.** Maintained under controlled temperature or humidity conditions for preservation;

        **b.** Susceptible to loss or damage if the controlled temperature or humidity conditions change;

        **c.** Owned by you and used in your business; or

        **d.** Owned by others and in your care, custody or control.

    Property described by d. above is not covered for more than the amount for which you are legally liable, plus the cost of labor, materials or services furnished or arranged by you on that property.

**2.** Limits of Insurance

    **a.** The most we will pay for loss or damage in any one occurrence is $10,000.

    **b.** The Limit of Insurance that applies to coverage under this endorsement also applies to the Business Income and Extra Expense Additional Coverages, but is not in addition to the Limit of Insurance in (a) above.

## VI. ORDINANCE OR LAW

**A.** We will not pay under this endorsement for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**B.** Coverage

    **1.** **Coverage 1 - Coverage for Loss to the Undamaged Portion of the Building**

    If a Covered Cause of Loss occurs to covered Building property, we will pay under Coverage 1 for the loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that:

        **a.** Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

        **b.** Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

        **c.** Is in force at the time of loss.

    Coverage 1 is included within the Limit of Insurance shown in the Declarations as applicable to the covered Building property. Coverage 1 does not increase the Limit of Insurance.

    **2.** **Coverage 2 - Demolition Cost Coverage**

    If a Covered Cause of Loss occurs to covered Building property, we will pay the cost to demolish and remove debris of undamaged parts of the property