caused by enforcement of building, zoning or land use ordinance or law.

The Property Loss Conditions paragraph determining the value of Covered Property does not apply to Demolition Cost Coverage.

3. **Coverage 3 - Increased Cost of Construction Coverage**

If a Covered Cause of Loss occurs to the covered Building property, we will pay for the increased cost to:

a. Repair or reconstruct damaged portions of that Building property; and/or

b. Reconstruct or remodel undamaged portions of that Building property, whether or not demolition is required;

when the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law.

However:

a. This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

b. We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Property Loss Conditions paragraph determining the value of Covered Property does not apply to the Increased Cost of Construction Coverage.

C. **Loss Payment**

The most we will pay, for the total of all covered losses for Coverage for Loss to the Undamaged Portion of the Building, Demolition Cost and Increased Cost of Construction, is $25,000. The following loss payment provisions apply:

1. When Coverage 1 applies, loss to the building, including loss in value of the undamaged portion of the building due to enforcement of an ordinance or law, will be determined as follows:

a. If the property is repaired or replaced on the same or another premises, we will not pay more than the lesser of:

(1) The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

(2) $25,000.

b. If the property is **not** repaired or replaced, we will not pay more than the lesser of:

(1) The actual cash value of the building at the time of loss; or

(2) $25,000.

2. For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

3. With respect to the Increased Cost of Construction:

a. We will not pay for the increased cost of construction:

(1) Until the property is actually repaired or replaced, at the same or another premises; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

b. If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

(3) If the ordinance or law requires relocation to another

Copyrighted, Merrimack/Cambridge Mutual Fire Insurance Company
includes copyrighted material of Insurance Services Office, Inc. with its permission, 1998

premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

D.  The terms of this endorsement apply separately to each building to which this endorsement applies.

E.  Under this endorsement, we will not pay for loss due to any ordinance or law that:

1.  You were required to comply with before the loss, even if the building was undamaged; and

2.  You failed to comply with.

## VII.  FINE ARTS

A.  This policy is extended to cover fine arts which are the property of the insured or the property of others in the custody or control of the insured while on exhibition or otherwise within the limits of the Continental United States and Canada. Fine Arts are defined as paintings, etchings, pictures, tapestries, art glass windows, and other bona fide works of art (such as valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass and bric-a-brac) of rarity, historical value or artistic merit. The most we will pay for loss in any one occurrence is $5,000.

B.  The following special conditions apply:

1.  **Packing.**  It is agreed by the insured that the property insured hereunder be packed and unpacked by competent packers.

2.  **Valuation.**  The Company shall not be liable for more than the original cost of the property to you or the most current appraisal values which amounts are agreed to be the value of said articles for the purpose of this insurance.

3.  **Pair and Set.**  In the event of the total loss of any article or articles which are a part of a set, the Company agrees to pay the insured the full amount of the value of such set, and the insured agrees to surrender the remaining article or articles of the set to the Company.

4.  **Other Insurance.**  If at the time of happening of any loss there is any other similar or identical insurance on the property insured hereunder, whether prior or subsequent in date or simultaneous with this insurance, then the Company shall not be liable under this endorsement for a greater proportion of any loss or damage to the property insured hereunder than the amount hereby insured shall bear to the whole insurance effected, whether valid or not.

5.  **Exhibition.**  It is agreed that this endorsement does not cover the property on fair grounds or on the premises of any National or International Exposition.

Copyrighted, Merrimack/Cambridge Mutual Fire Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission, 1996

5039 (01/99)
Page 4

09/12/2007 10:52 IFAX                                          → Karin                    ☑ 024/096

BUSINESSOWNERS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED FUNGI OR BACTERIA COVERAGE (PROPERTY)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

### SCHEDULE*

| |
|---|
| **Revised Limit $** _____ |
| * Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations. |

**A. Fungi Or Bacteria Exclusions**

1. Paragraph A.5.l.(5) of the Increased Cost Of Construction Additional Coverage is replaced by the following:

   (5) Under this Additional Coverage, we will not pay for:

      (a) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria; or

      (b) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.

2. The following exclusion is added to Paragraph B.1. Exclusions:

   (h) **"Fungi", Wet Rot, Dry Rot And Bacteria**

      Presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria.

      But if "fungi", wet or dry rot or bacteria result in a "specified cause of loss", we

will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

   (1) When "fungi", wet or dry rot or bacteria result from fire or lightning; or

   (2) To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungi", Wet Rot, Dry Rot and Bacteria (contained in the Limited Fungi or Bacteria Coverage) if any, with respect to loss or damage by a cause of loss other than fire or lightning.

3. Paragraph B.2.k.(2) of the Exclusions is replaced by the following:

   (2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**B. Limited Fungi Or Bacteria Coverage**

1. The following Additional Coverage is added to Paragraph A.5.

   n. **Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria**

      (1) The coverage described in Paragraphs B.1.n.(2) and B.1.n(6) only applies when the "fungi", wet or dry rot or bacteria are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if

all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

(2) We will pay for loss or damage by "fungi", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

(a) Direct physical loss or damage to Covered Property caused by "fungi", wet or dry rot or bacteria, including the cost of removal of the "fungi", wet or dry rot or bacteria;

(b) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet or dry rot or bacteria; and

(c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet or dry rot or bacteria are present.

(3) Unless a higher limit is selected in Schedule, the coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet or dry rot or bacteria, we will not pay more than the total of $15,000 unless a higher limit is selected in the Schedule even if the "fungi", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

(4) The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property.

If a particular occurrence results in loss or damage by "fungi", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

(5) The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

(6) The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage.

a. If the loss which resulted in "fungi", wet or dry rot or bacteria does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet or dry rot or bacteria, then our payment under the Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

b. If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet or dry rot or bacteria, but remediation of

09/12/2007 10:53 IFAX                                    → Karin                    ☑026/096

"fungi", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**C.    Fungi Definition**

 **1.** The following definition is added to Paragraph H. Property Definitions:

  "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

Copyright, Merrimack/Cambridge Mutual Fire Insurance Company
Includes copyrighted material of Insurance Services Office, Inc with its permission, 1996

09/12/2007 10:53 IFAX                                → Karin              ☑027/096

BUSINESSOWNERS
BP 01 54 03 99

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

A. The following is added to the **Legal Action Against Us** Condition:

The 2 year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

B. If this policy covers:

  **1.** The following in **a.** and **b.**, then Paragraphs **2.** and **3.** apply:

    **a.** Real property used principally for residential purposes up to and including a four family dwelling; or

    **b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

  **2.** The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

    **a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

    **b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

      **(1)** You demanded the appraisal; and

      **(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

  **3.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

    **CONCEALMENT, MISREPRESENTATION OR FRAUD**

    **a.** This policy is void if you or any insured commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

      **(1)** Was made with actual intent to deceive; or

      **(2)** Materially affected either our decision to provide this insurance or the hazard we assumed.

    However, this condition will not serve as a reason to void this policy after the policy has been in effect for one year or one policy term, whichever is less.

    **b.** This policy is void if you or any other insured, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

      **(1)** This policy;

      **(2)** The Covered Property;

      **(3)** Your interest in the Covered Property; or

      **(4)** A claim under this policy.

    **c.** Notwithstanding the limitations stated in **3.a.** above, we may cancel policy in accordance with the terms of the Cancellation Condition.

D. The following exclusion is added to Paragraph **B.2. Exclusions** in the Businessowners Standard and Special Property Coverage Forms:

  **1.** We will not pay for loss or damage arising out of any act committed:

    **a.** By or at the direction of any insured; and

    **b.** With the intent to cause a loss.

  **2.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

    **a.** The loss arose out of a pattern of criminal domestic violence; and

    **b.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

  **3.** If we pay a claim pursuant to Paragraph **D.2.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

09/12/2007 10:53 IFAX                                    → Karin                      ☑028/096

BUSINESSOWNERS
BP 05 34 11 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITED EXCLUSION OF ACTS OF TERRORISM (OTHER THAN CERTIFIED ACTS OF TERRORISM); CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM; COVERAGE FOR CERTAIN FIRE LOSSES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to Businessowners Standard Property Coverage Form **BP 00 01**, Businessowners Special Property Coverage Form **BP 00 02** or **Section I – Property** of Businessowners Coverage Form **BP 00 03**:

**A.** The following definitions are added with respect to the provisions of this endorsement:

1. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

   a. The act resulted in aggregate losses in excess of $5 million; and

   b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

2. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002. However, "other act of terrorism" does not include an act which meets the criteria set forth in Paragraph **b.** of the definition of "certified act of terrorism", when such act resulted in aggregate losses of $5 million or less.

**B.** The following exclusion is added:

**EXCLUSION OF AN "OTHER ACT OF TERRORISM"**

We will not pay for loss or damage caused directly or indirectly by an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or more of the following are attributed to such act:

1. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

2. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials; or

3. The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of "other acts of terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident.

With respect to this Item B.3., the immediately preceding paragraph describes the threshold used to measure the magnitude of an "other act of terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an "other act of terrorism", there is no coverage under this Coverage Form or Policy.

**C. Exception Covering Certain Fire Losses**

If an "other act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the exception does not apply to insurance provided under Business Income and/or Extra Expense Additional Coverages.

**D. Cap On Certified Terrorism Losses**

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

**E. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Form or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© ISO Properties, Inc., 2002

BP 05 34 11 02    □

# DIRECTORS & OFFICERS LIABILITY ENDORSEMENT
## (Condominiums and Cooperative Apartments)

4076
(Ed. 8/91)

Words and phrases that appear in quotation marks have special meaning.  Refer to Section II - DEFINITIONS.

## SECTION I - COVERAGES

### A.  INSURING AGREEMENTS

1.  We will pay those sums that the "Insured" becomes legally obligated to pay as damages, in excess of the "Insured's" retention, because of any civil claim first made against the "Insured" during the policy term, or during the Insured's Extended Discovery Period, arising out of any "Wrongful Act" committed during the policy term.  No other obligation or liability to pay sums or perform acts or services is covered unless provided for under Supplementary Payments.

   a.  The most we will pay for damages is limited as described in Limits of Insurance above;

   b.  We may, at our discretion, investigate any "Wrongful Act" and settle any claim or "suit" that may result; and

   c.  Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgements or settlements to which this coverage applies.

2.  This insurance applies to "Wrongful Acts" only if a claim for damages because of a "Wrongful Act" is first made against an "Insured" during the policy term or Insured's Extended Discovery Period.

   a.  A claim by a person or organization seeking damages will have been deemed to have been made when notice of such claim is received and recorded by the "Insured" or by us, whichever comes first.

   b.  All claims for damages because of "Wrongful Acts" arising from the same "Wrongful Act" will be deemed to have been made at the time the first of those claims is made against an "Insured".

### B.  EXCLUSIONS

This insurance does not apply to claims:

1.  For libel or slander.

2.  Arising under statutory or common law, relating to purchase, sale or disposition of securities.

3.  For salary, compensation, or bonuses voted to any "Insured" by the Board of Directors of the "Named Insured."

4.  For anything other than money damages.

5.  Based on or attributed to any "Wrongful Act" in procuring, effecting, and maintaining insurance, or with respect to amount, form, conditions, or provisions of such insurance.

6.  For damages payable in connection with any transaction of any "Insured" out of which any "Insured" shall have gained personal profit or advantage which is not shared equitably by the owners of the "Named Insured".

7.  Due to or arising out of nuclear reaction, nuclear radiation, or radioactive contamination, or to any act or condition incidental to any of the foregoing.

8.  This insurance does not apply to "Wrongful Acts" arising from dishonest, fraudulent, criminal, or malicious acts by any "Insured", whether acting alone or in collusion with others.

9.  In any way connected with a violation of any civil rights law.

10.  For any claims arising out of pollution or contamination.

11.  For personal injury meaning:

   (a)  False arrest, detention or imprisonment, or malicious prosecution.

   (b)  Wrongful entry or eviction, or other invasion of the right of private occupancy.

12. For damages caused by or arising from operations (including construction, design, survey, and engineering services) performed by or on behalf of the builder, sponsor, or developer of the condominium designated in this coverage part.

13. Based on the failure of any "Insured" to enforce the rights of the "Named Insured" against the builder, sponsor or developer of the condominium designated in this coverage part.

14. Based upon or arising out of the "Insured's" activities in a fiduciary capacity as respects any employees benefit plan.

15. Made against us for any "Wrongful Act" by the "Insured" resulting from any self-insured retention, the "Named Insured's" by-laws or charter, or other insurance.

## C.  SUPPLEMENTARY PAYMENTS

1. We will have the rights and duty to defend any "suit", seeking damages alleging a "Wrongful Act" which is covered by this insurance. We will pay, with respect to any "suit" we defend:

    a. All expenses we incur.

    b. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

    c. All reasonable expenses incurred by the "Insured" at our request to assist us in the investigation or defense of the claim or "suit".

    d. All costs taxed against the "Insured" in the "suit".

    e. All interest on the full amount of any judgement against the "Insured" that accrues after entry of the judgement and before we have paid, offered to pay, or deposited in court the part of the judgement that is within the applicable limit of insurance.

2. These payments will not reduce the limits of insurance.

## SECTION II - DEFINITIONS

A. "Aggregate Limit Each Policy Year" means the most we will pay for all "losses" arising out of all "Wrongful Acts" during the policy term.

B. "Named Insured" means the organization named in the Declarations of this coverage part.

C. "Insured" means all Directors and Officers of the "Named Insured", and committee members and employees acting on behalf of the Directors and Officers with respect to claims for which the "Named Insured" may be obligated to indemnify its Directors and Officers. The word "Insured" shall also include persons, their estates, guardians, or legal representatives who are no longer Directors and Officers of the "Named Insured" or committee members and employees acting on behalf of the Directors and Officers at the time of discovery of a "Wrongful Act" giving rise to a claim hereunder, but who were at the time when the "Wrongful Act" upon which a claim is based was committed.

D. "Loss" means any amount which an "Insured" is legally obligated to pay or for which the "Named Insured" may be required or permitted by law to pay as indemnity to an "Insured", for a claim or claims made against the "Insured", individually or collectively, for which insurance is provided and shall include but be limited to damages, judgements, or settlements provided always, however, loss shall not include fines imposed by law.

E. "Suit" means a civil proceeding in which damages because of "Wrongful Acts" to which this insurance applies are alleged. "Suit" includes an arbitration proceeding alleging such damages to which you must submit or submit with our consent.

F. "Wrongful Act" means any negligent act, any error, omission or breach of duty of Directors or Officers of the "Named Insured" while acting in their capacity as such.

## SECTION III - LIMIT OF INSURANCE

A. The Limit of Insurance shown in the Declarations of this coverage part and the rules below fix the most we will pay regardless of the number of:

    1. "Insureds",

    2. Claims made or "suits" brought; or

3.  Persons or organizations making claims or bringing "suits".

B.  The Limit of Insurance stated as applicable to each "Wrongful Act" is the most we will pay for all "loss" arising out of one "Wrongful Act".

C.  The Limit of Insurance stated as Aggregate Each Policy Year is, subject to paragraph B above, the most we will pay for all covered "loss" arising out of "Wrongful Act" during each annual period beginning with the coverage inception date of this coverage part.

D.  All "losses" arising out of the same act or acts of the Directors or Officers shall be considered as arising out of the one "Wrongful Act".

E.  We shall be liable to pay not more than 99.9% of "loss" in excess of a self insured retention of $100 up to the Limits of Insurance stated in the Declarations, it being warranted that the remaining .1% of each and every loss shall be carried by the "Insured(s)" at their own risk uninsured.

## SECTION IV - POLICY TERM

A.  The policy term shall be the twelve month period beginning with the coverage inception date shown in the Declarations of this coverage part.  However, if this coverage part is attached to a policy effective prior to the coverage inception date of this coverage part, coverage hereunder will commence with the coverage effective date stated above and will terminate with the termination of the policy to which this coverage part is attached or after twelve consecutive months, whichever is less.

B.  This coverage part also applies to any "Wrongful Act" which occurred prior to the coverage inception date of this coverage part if claim is made or "suit" is brought during the term of this coverage part and providing:

1.  The "Insured" at the coverage inception date had no knowledge or could not reasonably foresee any circumstances which might result in a claim or "suit"; and

2.  There is no other insurance applicable to such "Wrongful Act".

C.  If we have continuously provided you with insurance under this coverage part for three or more years, the Aggregate Limit of Insurance for the Insured's Extended Discovery Period (Section VI) shall be equal to the "Aggregate Limit Each Policy Year" shown in the Declarations.  If we have provided coverage under this coverage part for less than three consecutive years, the Aggregate Limit of Insurance for the Insured's Extended Discovery Period (Section VI) shall be the greater of:

1.  The amount of coverage remaining in Your "Aggregate Limit Each Policy Year"; or

2.  50 percent of your "Aggregate Limit Each Policy Year".

## SECTION V - CONDITIONS

A.  Bankruptcy or insolvency of the "Named Insured" shall not relieve us of our obligations under this coverage part.

B.  You must notify us as soon as practicable of any occurrence which may result in a claim.  Notice of an occurrence is not notice of claim.

C.  If a claim is received by any "Insured" you must notify us as soon as practicable, immediately send us copies of demands, notices, summonses, or legal papers received in connection with the claim or "suit", cooperate with us in our investigation, settlement, or defense of the claim or suit, and assist us, upon request, in the enforcement of any rights against any person or organization which may be liable.

D.  All "Insureds" hereunder agree the "Named Insured" is authorized to act on behalf of all "Insureds" with respect to the settlement of claims, the giving and receiving of cancellation, receiving any returned premium that becomes payable under this coverage part, and the receipt of any payment which may be due.

E.  This coverage part is void if an "Insured" has concealed or misrepresented any material fact or circumstance concerning this insurance or subject thereof at or before the issuance of this coverage part as an inducement to such insurance.

F.  In the event the "Insured" elects not to appeal a judgement, we may elect to make such appeal at our expense and we will be liable for the taxable costs and disbursements and interest incidental thereto, but in no event shall our liability exceed the Limits of Insurance shown in the Declarations of this coverage part.

G.  Other Insurance

1. With respect to insurance under Section IV, Policy Term, paragraph B., and Section VI, Insured's Extended Discovery Period, this insurance shall be excess over any other valid and collectible insurance.

2. With respect to all situations where an "Insured" has other insurance against "loss" covered by this insurance, we shall pay only proportion of such "loss" as the applicable limit of insurance of this coverage part bears to the total applicable Limit of Insurance of all valid and collectible insurance against such "loss".

H. Notice to any agent or knowledge possessed by any agent or any other person shall not affect a waiver or change under this coverage part or stop us from asserting any right under the terms of this coverage part; nor shall the terms of this coverage part be waived or changed, except by endorsement to this coverage part.

I. Failure to give any notice required to be given by this coverage part within the time prescribed herein shall not invalidate any claim made by the "Insured" or by any other claimant thereunder if it shall be shown not to have been reasonably possible to give such notice within the prescribed time and that notice was given as soon as was reasonably possible.

J. The insolvency or bankruptcy of the "Insured", or the insolvency of his estate, shall not release the Company from the payment of damages for injury sustained or loss occasioned during the life of and within the coverage of this part.

K. If judgement against the "Insured" or his personal representative in an action brought to recover damages for injury sustained or loss or damage occasioned during the life of this coverage part, shall remain unsatisfied at the expiration of thirty days from the serving of notice of entry of judgement upon the attorney for the "Insured", or upon the "Insured", and upon the Company, then an action may, except during a stay or limited stay of execution against the "Insured" on such judgement, be maintained against the Company under the terms of this coverage part for the amount of such judgement not exceeding the amount of the applicable limit of coverage under this coverage part.

L. Transfer of Duties When a Limit of Insurance Is Used Up.

1. If we conclude that, based on "occurrences," offenses, claims or "suits" which have been reported to us and to which this insurance may apply, the:

   a. General Aggregate Limit (other than the Products- Completed Operations Aggregate Limit);

   b. Products-Completed Operations Aggregate Limit;

   c. Personal and Advertising Injury Limit;

   d. Each occurrence Limit; or

   e. Fire Damage Limit

   is likely to be used up in the payment of judgements or settlements, we will notify the first Named Insured, in writing, to that effect.

2. When a limit of insurance described in paragraph 1. above has actually been used up in the payment of judgements or settlements:

   a. We will notify the first Named Insured, in writing, as soon as practicable, that:

      (1) Such a limit has actually been used up; and

      (2) Our duty to defend "suits" seeking damages subject to that limit has also ended.

   b. We will initiate, and cooperate in, the transfer of control, to any appropriate insured, of all claims and "suits" seeking damages which are subject to that limit and which are reported to us before that limit is used up. That insured must cooperate in the transfer of control of said claims and "suits".

      We agree to take such steps, as we deem appropriate, to avoid a default in, or continue the defense of, such "suits" until such transfer is completed, provided the appropriate insured is cooperating in completing such transfer.

      We will take no action whatsoever with respect to any claim or "suit" seeking damages that would have been subject to that limit, had it not been used up, if the claim or "suit" is reported to us after that limit of insurance has been used up.

   c. The first Named Insured, and any other insured involved in a "suit" seeking damages subject to that limit, must arrange for the defense of such "suit" within such time period as agreed to between the

09/12/2007 10:53 IFAX                                    → Karin              ☑ 034/096

appropriate insured and us.  Absent any such agreement, arrangements for the defense of such "suit" must be made as soon as practicable.

3. The first Named Insured will reimburse us for expenses we incur in taking those steps we deem appropriate in accordance with paragraph 2.b. above.

The duty of the first Named Insured to reimburse us will begin on:

a. The date on which the applicable limit of insurance is used up, if we sent notice in accordance with paragraph 1. above; or

b. The date on which we sent notice in accordance with paragraph 2.a. above, if we did not send notice in accordance with paragraph 1. above.

4. The exhaustion of any limit of insurance by the payments of judgements or settlements, and the resulting end of our duty to defend, will not be affected by our failure to comply with any of the provisions of this Condition.

## SECTION VI - INSURED'S EXTENDED DISCOVERY PERIOD

A. In the event this coverage part is subject to any of the following changes:

1. reduced limits of insurance;

2. restricted coverage provisions;

3. increased self-insured retention;

4. non-renewal; or

5. cancellation

then such insurance afforded prior to such change shall not apply to "Wrongful Acts" unless claim is made or "suit" is brought within three years of the effective date of such change.

B. The Insured's Extended Discovery Period only applies to "Wrongful Act" occurring during the policy period and shall be excess over any other valid and collectible insurance.

## EXTENSION/ENHANCEMENT DEDUCTIBLE CLARIFICATION

In the event of loss under Form 5038, 5039 or 5043, it is understood and agreed that a loss applicable to either form will be reduced by the amount of the deductible under the primary coverage when the primary coverage is applicable.  Under Form 5038, no deductible applies to:

a.    Fire Department Service Charge

b.    Fire Extinguisher Recharge Expense

c.    Reward

d.    Loss Adjustment Expenses

e.    Lock Replacement

Under Form 5039 or 5043, regardless of the amount of the policy deductible, the most we will deduct from any loss or damage under all of the following coverages in any one occurrence is $500:

a.    Money and Securities

b.    Outdoor Signs

c.    Employee Dishonesty (form 5043 only)

5041 (04/03)

BUSINESSOWNERS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED FUNGI OR BACTERIA COVERAGE (LIABILITY)

This endorsement modifies insurance provided under the following:

BUSINSSSOWNERS LIABILITY COVERAGE FORM

### SCHEDULE

| Fungi and Bacteria Liability Aggregate Limit | $15,000 |
| --- | --- |

The following provisions are added:

**A.** The following is added to Paragraph B.1.p. **Exclusions:**

    **(7)**   Arising out of a "fungi or bacteria incident".

**B.** The following is added to Paragraph B.1.p.(6) **Exclusions:**

    **(c)**   abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** Coverage provided by this insurance for "bodily injury" or "property damage", arising out of a "fungi or bacteria incident", is subject to the Fungi and Bacteria Liability Aggregate Limit as described in Paragraph **D.** of this endorsement. This provision **C.** does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**D.** The following are added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance:**

    **1.**   The Fungi and Bacteria Liability Aggregate Limit shown in the Schedule of this endorse- ment is the most we will pay for all "bodily injury" or "property damage" and Medical Payments arising out of a "fungi or bacteria incident". This provision **D.1.** does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

    **2.**   Paragraphs **D.2.** and **D.3.** of the Liability And Medical Expenses Limits Of Insurance con- tinue to apply to "bodily injury" or "property damage" arising out of a "fungi or bacteria incident".

**E.** The following definitions are added to Paragraph **F. Liability And Medical Expenses Definitions:**

    **1.**   "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

    **2.**   "Fungi or bacteria incident" means an inci- dent which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

Copyright, Merrimack/Cambridge Mutual Fire Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission, 1996          970578 (06/03)

POLICY NUMBER:                                                          **BUSINESSOWNERS**
                                                                        **BP 04 04 01 96**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

### SCHEDULE

| Coverage | Additional Premium |
|---|---|
| Hired Auto Liability | |
| Non-Owned Auto Liability | |

**A.** Insurance is provided only for those coverages for which a specific premium charge is shown in the Declarations or in the Schedule.

### 1. HIRED AUTO LIABILITY

The insurance provided under the Businessowners Liability Coverage Form, Paragraph **A.1.** Business Liability, applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

### 2. NON-OWNED AUTO LIABILITY

The insurance provided under the Businessowners Liability Coverage Form, Paragraph **A.1.** Business Liability, applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person other than you.

**B.** For insurance provided by this endorsement only:

1. The exclusions, under the Businessowners Liability Coverage Form, Paragraph **B.1.** Applicable to Business Liability Coverages, other than exclusions **a., b., d., f.** and **l.** and the Nuclear Energy Liability Exclusion, are deleted and replaced by the following:

a. "Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(a) Whether the insured may be liable as an employer or in any other capacity; and

(b) To any obligation to share damages with or repay someone else who must pay damages because of injury.

This exclusion does not apply to:

(i) Liability assumed by the insured under an "insured contract"; or

(ii) "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers compensation law.

b. "Property damage" to:

(1) Property owned or being transported by, or rented or loaned to the insured; or

(2) Property in the care, custody or control of the insured,

09/12/2007 10:53 IFAX                                    → Karin                    ☑ 038/096

2. WHO IS AN INSURED in the Businessowners Liability Coverage Form, Paragraph **C.**, is replaced by the following:

Each of the following is an insured under this endorsement to the extent set forth below:

**a.** You;

**b.** Any other person using a "hired auto" with your permission;

**c.** For a "non-owned auto", any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business; and

**d.** Any other person or organization, but only for their liability because of acts or omissions of an insured under **a.**, **b.** or **c.** above.

None of the following is an insured:

**(1)** Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

**(2)** Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

**(3)** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

**(4)** The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

**(5)** Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**C.** The following additional definitions apply:

1. **"Auto Business"** means the business or occupation of selling, repairing, servicing, storing or parking "autos".

2. **"Hired Auto"** means any "auto" you lease, hire or borrow. This does not include any "auto" you lease, hire or borrow from any of your "employees" or members of their households, or from any partner or "executive officer" of yours.

3. **"Non-Owned Auto"** means any "auto" you do not own, lease, hire or borrow which is used in connection with your business. However, if you are a partnership, a "non-owned auto" does not include any "auto" owned by any partner.

09/12/2007 10:53 IFAX                              → Karin                    ☑039/096

BUSINESSOWNERS
BP 05 38 12 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITED TERRORISM EXCLUSION (OTHER THAN CERTIFIED ACTS OF TERRORISM); CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Liability Coverage Form BP 00 06 and Section II – Liability of the Businessowners Coverage Form BP 00 03:

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of an "other act of terrorism". However, this exclusion applies only when one or more of the following are attributed to such act:

1. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

2. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

3. The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

4. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

5. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs 1. and 2. describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Form to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury" as may be defined in any applicable Coverage Form.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

   **a.** The act resulted in aggregate losses in excess of $5 million; and

09/12/2007 10:53 IFAX                                    → Karin                    ☑040/096

b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002. However, "other act of terrorism" does not include an act which meets the criteria set forth in Paragraph b. of the definition of "certified act of terrorism" when such act resulted in aggregate losses of $5 million or less. Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C. In the event of an "other act of terrorism" that is not subject to this exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Form or Policy.

D. With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

09/12/2007 10:54 IFAX                                    → Karin              ☑ 041/096

4091-B (3/94)

IMPORTANT NOTICE

The enclosed renewal policy has been issued in advance for your review.  You have sixty days from receipt of this notice (with no lapse in coverage) or you have until the effective date shown on this policy, whichever time period is greater, to contact your independent agent concerning any questions on changes in coverage or premium.  Your independent agent's address and phone number is shown on your policy.

If no word is received from you within the time allotted above, we assume you have accepted coverage and agreed to the premium charged on renewal.

**BUSINESSOWNERS**
**5048 (07/02)**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES - EXCLUSION - LIABILITY FOR HAZARDS OF LEAD

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

The following is added to Paragraph **B.1., Exclusions:**

This insurance does not apply to:

"Bodily Injury" caused in whole or in part, either directly or indirectly, by lead paint, the residue of lead paint or lead contamination, or arising out of or incidental to the inhalation, ingestion, exposure, use, handling or contact with lead paint, the residue of lead paint or lead contamination.

Copyright, Merrimack/Cambridge Mutual Fire Insurance Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission, 1998          **5048 (07/02)**

BUSINESSOWNERS
971706 (11/03)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES - CONDOMINIUM ASSOCIATION COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

A. The Businessowners Property Coverage Form is amended as follows:

1. Paragraph **A.1.a. Building** is replaced by the following:

   a. Building, meaning the building or structure described in the Declarations, including:

      (1) Completed additions;

      (2) Fixtures, outside of individual units, including outdoor fixtures;

      (3) Permanently installed:

         (a) Machinery; and

         (b) Equipment;

      (4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

         (a) Fire extinguishing equipment;

         (b) Outdoor furniture;

         (c) Floor coverings; and

         (d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering that are not contained within individual units;

      (5) If not covered by other insurance:

         (a) Additions under construction, alterations and repairs to the building or structure;

         (b) Materials, equipment, supplies, and temporary structures, on or within 100 feet of the described premises, used for making additions, al-

            terations or repairs to the building or structure; and

      (6) Any of the following types of property contained within a unit, regardless of ownership, if your Condominium Association Agreement requires you to insure it:

         (a) Fixtures, improvements and alterations that are a part of the building or structure; and

         (b) Appliances, such as those used for refrigerating, ventilating, cooking, dishwashing, laundering, security or housekeeping.

      But Building does not include personal property owned by, used by or in the care, custody or control of a unit-owner except for personal property listed in Paragraph **A.1.a.(6)** above.

2. Paragraph **A.1.b. BUSINESS PERSONAL PROPERTY** of the Businessowners Property Coverage Form is replaced by the following:

   b. Business Personal Property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following:

      (1) Personal property owned by you or owned indivisibly by all unit-owners;

      (2) Your interest in the labor, materials or services furnished or arranged by you on personal property of others;

      (3) Leased personal property for which you have a contractual responsibility to insure, unless otherwise pro-

Copyright, Merrimack/Cambridge Mutual Fire Insurance Company
includes copyrighted material of Insurance Services Office, Inc., with its permission

vided for under personal property of others.

Business Personal Property does not include personal property owned only by a unit-owner, unless it is in your care, custody or control as covered below.

This also includes property of others that is in your care, custody or control except as otherwise provided in Loss Payment Property Loss Condition E.6.d.(3)(b).

3. The following is added to Paragraph **E.6. Loss Payment** Property Loss Condition:

If you name an insurance trustee, we will adjust losses with you, but we will pay the insurance trustee. If we pay the trustee, the payments will satisfy your claims against us.

4. The following is added to Paragraph **E. Property Loss Conditions.**

**10. Unit-Owner's Insurance**

A unit-owner may have other insurance covering the same property as this insurance. This insurance is intended to be primary, and not to contribute with such other insurance.

**B.** The Businessowners Liability Coverage Form is amended as follows:

1. Paragraph **C. Who Is An Insured** is amended to include the following as insureds:

4. The developer in the developer's capacity as a unit-owner, but only with respect to the developer's liability arising out of the ownership, maintenance or repair of that portion of the premises which is not owned solely by the developer. However, the insurance afforded with respect to the developer does not apply to liability for acts or omissions as a developer.

5. Each other unit-owner and secured party of the described condominium, but only with respect to liability arising out of the ownership, maintenance or repair of that portion of the premises which is not owned solely by the unit-owner.

6. Any "employee" or agent of yours, and any "employee" or agent of the management agent, while acting within the scope of such duties for you. However, the insurance afforded to any "employee" does not apply to:

a. "Bodily injury" to:

(1) A fellow "employee" arising out of or in the course of his employment or while performing duties related to the conduct of your business; or

(2) An employer, or if the employer is a partnership or joint venture, any partner or member thereof;

b. "Property damage" to property owned or occupied by or rented or loaned to an "employee", any of your other "employees", or any of your partners or members (if you are a partnership or joint venture).

**C.** The Businessowners Common Policy Conditions Form is amended as follows:

1. The following is added to Paragraph **K.2. Transfer Of Rights Of Recovery Against Others To Us:**

Each unit-owner and secured party is an insured person under the policy with respect to liability arising out of the unit-owners's interest in the common elements or membership in the condominium association.

We waive any rights which the Transfer Of Rights Of Recovery Against Others To Us Condition may give us against:

a. Any unit-owner of the condominium or members of the unit-owner's household;

b. The Condominium Association; and

c. Members of the board of directors for acts or omissions within the scope of their duties for you.

The unit-owner waives any rights of subrogation under this policy against the condominium association and the board of directors.

Copyright, Merrimack/Cambridge Mutual Fire Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission

POLICY NUMBER:                                                          BUSINESSOWNERS

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

### SCHEDULE*

**Premises:**

**Project:**

The following is added to the Businessowners Liability Coverage Form:

This insurance applies only to "bodily injury," "property damage," "personal injury," "advertising injury" and medical expenses arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

2. The project shown in the Schedule.

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

BP 04 12 01 87          Copyright, Insurance Services Office, Inc., 1985          Page 1 of 1    ☐

09/12/2007 10:54 IFAX                                    → Karin                    ☑ 046/096

POLICY NUMBER:                                                          BUSINESSOWNERS

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

## SCHEDULE*

**Premises:**

**Project:**

The following is added to the Businessowners Liability Coverage Form:

This insurance applies only to "bodily injury," "property damage," "personal injury," "advertising injury" and medical expenses arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

2. The project shown in the Schedule.

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

BUSINESSOWNERS
BP 05 42 11 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Liability Coverage Form BP 00 06 and Section II – Liability of the Businessowners Coverage Form BP 00 03:

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

**1.** The act resulted in aggregate losses in excess of $5 million; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

BP 05 42 11 02                        © ISO Properties, Inc., 2002                        Page 1 of 1        ☐

5020 (3/92)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## EXTENDED BUILDING COVERAGE

## EARTHQUAKE, FLOOD, BROAD FORM WATER DAMAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

Insurance is provided only for those coverages for which a specific Limit of Insurance and Premium are shown in the Declarations.

**I.    EARTHQUAKE**

A.    The following are added to COVERED CAUSES OF LOSS in Paragraph A.3. in the Businessowners Property Coverage Form:

   1.    **Earthquake**

   2.    **Volcanic Eruption,** meaning the eruption, explosion or effusion of a volcano.

B.    All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

C.    We will not pay for loss or damage caused by or resulting from:

   1.    Fire, explosion (other than volcanic explosion), landslide, mine subsidence, tidal wave, flood, mudslide or mudflow, even if attributable to an Earthquake or Volcanic Eruption.

   2.    Any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

   But, if this policy replaces earthquake insurance that excludes loss or damage that occurs after the expiration of the policy we will pay for loss or damage by Earthquake or Volcanic Eruption that occurs on or after the inception of this insurance, if the series of Earthquake shocks or Volcanic Eruptions began within 168 hours prior to the inception of this insurance.

D.    The EARTH MOVEMENT EXCLUSION does not apply.

E.    The DEDUCTIBLES Paragraph is replaced by the following for Earthquake and Volcanic Eruption:

   1.    We will subtract $5,000 from the amount of loss or damage in any one occurrence.

      a.    This Deductible applies separately to the following:

         (1)    Each building or structure;

   2.    No deductible applies to the following Additional Coverages:

      a.    Business Income; and

      b.    Extra Expense.

F.    The LIMITS OF INSURANCE SECTION is replaced by the following:

      a.    The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations for Earthquake.

      b.    The Limit of Insurance that applies to coverage under this endorsement also applies to the Business Income and Extra Expense Additional Coverages, but is not in addition to the Limit of Insurance in (a) above.

**II.   FLOOD**

A.    The following are added to COVERED CAUSES OF LOSS in Paragraph A.3. in the Businessowners Property Coverage Form:

   1.    **Flood,** meaning loss or damage to building caused by:

      a.    Surface water, or waves, tidal water or tidal wave, overflow of streams or other bodies of water, including the spray that results from these whether driven by wind or not;

5020 (3/92)

b.   Water which backs up through sewers or drains;

c.   Water below the surface of the ground including water that exerts pressure on or flows, seeps or leaks into a building, foundation or other opening.

B.   The DEDUCTIBLES Paragraph is replaced by the following for Flood:

1.   If the building is located in a National Flood Zone of designation A, we will subtract the amount of insurance AVAILABLE through the NATIONAL FLOOD INSURANCE PROGRAM at the inception date of this policy, whether purchased or not, from the amount of loss or damage in any one occurrence.

2.   If paragraph II.B.1. does not apply, we will subtract $5,000 from the amount of loss or damage in any one occurrence.

C.   The LIMITS OF INSURANCE SECTION is replaced by the following:

a.   The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations for Flood.

b.   The Limit of Insurance that applies to coverage under this endorsement also applies to the Business Income and Extra Expense Additional Coverages, but is not in addition to the Limit of Insurance in (a) above.

### III.   BROAD FORM WATER DAMAGE

A.   The following are added to COVERED CAUSES OF LOSS in Paragraph A.3. in the Businessowners Property Coverage Form:

1.   **Broad Form Water Damage**, meaning loss or damage to building caused by:

a.   Water which backs up through sewers or drains;

b.   Water below the surface of the ground including water that exerts pressure on or flows, seeps or leaks into a building, foundation or other opening.

B.   The Deductibles Paragraph is replaced by the following for Broad Form Water Damage:

1.   We will subtract $2,500 from the amount of loss or damage in any one occurrence.

C.   The LIMITS OF INSURANCE SECTION is replaced by the following:

a.   The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations for Broad Form Water Damage.

b.   The Limit of Insurance that applies to coverage under this endorsement also applies to the Business Income and Extra Expense Additional Coverages, but is not in addition to the Limit of Insurance in (a) above.

5020 (3/92)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESSOWNERS EQUIPMENT BREAKDOWN COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The following is added to 5. Additional Coverages of the Businessowners Special Property Coverage Form or 4. Additional Coverages of the Businessowners Standard Property Coverage Form, whichever applies:

**Equipment Breakdown**

(1) We will pay for loss caused by or resulting from an "Accident" to "covered equipment". As used in this Additional Coverage, an "Accident" means direct physical loss as follows:

    (a) mechanical breakdown, including rupture or bursting caused by centrifugal force;

    (b) artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires;

    (c) explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

    (d) loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

    (e) loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

If an initial "Accident" causes other "Accidents, all will be considered on "Accident". All "Accidents" that are the result of the same event will be considered one "Accident". "Covered equipment" means Covered Property built to operate under vacuum or pressure, other than weight of contents, or used for the generation, transmission or utilization of energy.

(2) The following coverages also apply to loss caused by or resulting from an "Accident" to "covered equipment". These coverages do not provide additional amounts of insurance.

    (a) **Expediting Expenses**

      With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

      (I)  make temporary repairs; and

      (II)  expedite permanent repairs or replacement.

    (b) **Hazardous Substances**

      We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

      "Hazardous substance" means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

      Additional costs mean those beyond what would have been required had no hazardous substance been involved.

      The most we will pay for loss or damage under this coverage, including actual loss of Business Income you sustain, necessary Extra Expense you incur and loss under Perishable Goods coverage, is $25,000.

Copyright, Merrimack/Cambridge Mutual Fire Ins. Co.
Includes copyrighted material of Insurance Services Office, Inc. with its permission, 1999
6001 (04/99)

(c) **Perishable Goods**

    (i)   We will pay for your loss of "perishable goods" due to spoilage.

    (ii)  We will also pay for your loss of "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia.

    (iii) We will also pay any necessary expenses you incur to reduce the amount of loss under this coverage. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

    (iv) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "Accident", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Loss Payment condition.

    (v)  Additional Definition. For the purpose of this coverage, "perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

    The most we will pay for loss or damage under this coverage is $25,000.

(d) **CFC Refrigerants**

    We will pay for the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorinated fluorocarbon) substances. This means the additional expense to do the least expensive of the following:

    (i)   Repair the damaged property and replace any lost CFC refrigerant;

    (ii)  Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

    (iii) Replace the system with one using a non-CFC refrigerant.

    Additional costs mean those beyond what would have been required had no CFC refrigerant been involved.

    The most we will pay for loss or damage under this coverage, including actual loss of Business Income you sustain, necessary Extra Expense you incur and loss under Perishable Goods coverage is $25,000.

(e) **Service Interruption**

    The insurance provided for Business Income, Extra Expense and Perishable Goods is extended to apply to loss caused by or resulting from an "Accident" to equipment that is owned by a utility, landlord, or other supplier with whom you have a contract to provide you with any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

(3) **Exclusions**

(a)  All exclusions and limitations apply except:

    (i)   In the Special Property Coverage Form, Exclusions B.2.a., B.2.d. and B.2.k.(6);

    (ii)  In the Standard Property Coverage Form, Exclusions B.2.a., B.2.d. and B.2.e.;

    (iii) In the Special Property Coverage Form, Limitations 4.a.(1) and 4.a.(2); and

    (iv) The last paragraph of Exclusion B.2.k. in the Special Property Coverage Form is deleted and replaced with the following:

        But if an excluded cause of loss that is listed in B.2.k.(1) through (7) results in a "specified cause of loss", "Accident" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss", "Accident" or building glass breakage.

    (v)  The following is added to Exclusion B.1.g.(1) of the Special Property Coverage Form and the Standard Property Coverage Form:

        However, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

Copyright, Merrimack/Cambridge Mutual Fire Ins. Co.
Includes copyrighted material of Insurance Services Office, Inc. with its permission, 1996
6001 (04/99)

(b) None of the following is "covered equipment":

    (I) structure, foundation, cabinet, compartment or air supported structure or building;

    (II) insulating or refractory material;

    (iii) sewer piping, underground vessels or piping, piping forming a part of a sprinkler system or water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

    (iv) vehicle, aircraft, floating vessel or any equipment mounted on such vehicle, aircraft or floating vessel. However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power supplier will not be considered a vehicle, aircraft or floating vessel.

    (v) equipment manufactured by you for sale;

(c) We will not pay under this endorsement for loss or damage caused by or resulting from:

    (I) any of the following tests:

        a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

        an insulation breakdown test of any type of electrical equipment; or

    (II) if the Standard Property Coverage Form applies, depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. But if loss or damage from an "Accident" results, we will pay for that resulting loss or damage.

(d) With respect to Service Interruption coverage and Perishable Goods coverage, we will also not pay for loss or damage caused by or resulting from: fire; lightning; windstorm or hail; explosion (except for steam or centrifugal explosion); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet, freezing or collapse.

(4) **Conditions**

(a) **Suspension**

When any "covered equipment" is found to be in, or exposed to a dangerous conditions, any of our representatives may immediately suspend the insurance against loss from an "Accident" to that "covered equipment". We can do this by mailing or delivering a written notice of suspension to your address as shown in the Declarations, or at the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by written notice from us. If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

(b) **Jurisdictional Inspections**

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

(c) **Environmental, Safety and Efficiency Improvements**

If "covered equipment" requires replacement due to an "Accident", we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced. However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This coverage does not increase any of the applicable limits. This coverage does not apply to any property indicated as being valued on an Actual Cash Value basis.

(5) **Deductible**

As respects this endorsement only, Paragraph D. Deductible is deleted and replaced with the following:

We will not pay for loss or damage resulting from any one accident until the amount of loss or damage exceeds $500. We will then pay the amount of loss or damage in excess of the deductible, subject to applicable Limit of Insurance.

The most we will pay for loss or damage under this endorsement is the applicable Limit of Insurance shown in the Declarations. Coverage provided under this endorsement does not provide an additional amount of insurance.

Copyright, Merrimack/Cambridge Mutual Fire Ins. Co.
Includes copyrighted material of Insurance Services Office, Inc. with its permission, 1996

09/12/2007 10:54 IFAX                    → Karin                ☑053/096

# BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section H – Property Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this policy, means the type of property as described in this section, A.1., and limited in A.2., Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a. Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Your personal property in apartments or rooms furnished by you as landlord;

(5) Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(6) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the buildings or structures;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

b. Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

(1) Property you own that is used in your business;

(2) Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition E.6.d.(3)(b);

(3) Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove; and

(4) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph A.1.b.(2).

## 2. Property Not Covered

Covered Property does not include:

**a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

**b.** "Money" or "securities" except as provided in the:

   **(1)** Money and Securities Optional Coverage; or

   **(2)** Employee Dishonesty Optional Coverage;

**c.** Contraband, or property in the course of illegal transportation or trade;

**d.** Land (including land on which the property is located), water, growing crops or lawns;

**e.** Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:

   **(1)** Outdoor Property Coverage Extension; or

   **(2)** Outdoor Signs Optional Coverage;

**f.** Watercraft (including motors, equipment and accessories) while afloat.

## 3. Covered Causes Of Loss

Risks Of Direct Physical Loss unless the loss is:

**a.** Excluded in Section B., Exclusions; or

**b.** Limited in Paragraph A.4., Limitations;

that follow.

## 4. Limitations

**a.** We will not pay for loss of or damage to:

   **(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   **(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   **(3)** Property that is missing, but there is no physical evidence to show what happened to it, such as shortage disclosed on taking inventory. This limitation does not apply to the Optional Coverage for Money and Securities.

   **(4)** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**b.** With respect to glass (other than glass building blocks) that is part of the interior of a building or structure, or part of an outdoor sign, we will not pay more than $500 for the total of all loss or damage in any one occurrence. Subject to the $500 limit on all loss or damage, we will not pay more than $100 for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter.

This Limitation does not apply to loss or damage by the "specified causes of loss", except vandalism.

**c.** We will not pay for loss of or damage to fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken, unless caused by the "specified causes of loss" or building glass breakage. This restriction does not apply to:

   **(1)** Glass that is part of the interior of a building or structure;

   **(2)** Containers of property held for sale; or

   **(3)** Photographic or scientific instrument lenses.

**d.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

   **(1)** $2,500 for furs, fur garments and garments trimmed with fur.

   Copyright, Insurance Services Office, Inc., 1999   **BP 00 02 12 99**   ☐

09/12/2007 10:54 IFAX                              → Karin                    ☑ 055/096

(2) $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

(3) $2,500 for patterns, dies, molds and forms.

5. **Additional Coverages**

a. **Debris Removal**

(1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

(a) The date of direct physical loss or damage; or

(b) The end of the policy period.

(2) The most we will pay under this Additional Coverage is 25% of:

(a) The amount we pay for the direct physical loss of or damage to Covered Property; plus

(b) The deductible in this policy applicable to that loss or damage.

But this limitation does not apply to any additional debris removal limit provided in Paragraph (4) below.

(3) This Additional Coverage does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(4) If:

(a) The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

(b) The debris removal expense exceeds the amount payable under the 25% Debris Removal Coverage limitation in Paragraph (2) above;

we will pay up to an additional $10,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

b. **Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 30 days after the property is first moved.

c. **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

d. **Collapse**

(1) We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building insured under this policy, if the collapse is caused by one or more of the following:

(a) The "specified cause of loss" or breakage of building glass, all only as insured against in this policy;

(b) Hidden decay;

(c) Hidden insect or vermin damage;

(d) Weight of people or personal property;

(e) Weight of rain that collects on a roof;

(f) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in d.(1)(a) through d.(1)(e), we will pay for the loss or damage even if use of defective material or methods in construction, remodeling or renovation, contributes to the collapse.