JUDGE GOTTSCHALL
MAGISTRATE JUDGE KEYS

**ISSUED BY:** Travelers Casualty and Surety Company of America    POLICY NO: 104668076

**ISSUED TO:** ASTOR PLAZA CONDOMINIUM ASSOCIATION

### MULTI - YEAR POLICY PERIOD ENDORSEMENT

This endorsement modifies insurance provided under the following:
**Non-Profit Management and Organization Liability Insurance Policy**

**07 C 6593**

In consideration of the payment of the premium:

1. Section II. **DEFINITIONS** is amended to include the following:

> Policy Year means, within the Policy Period, the period of one year following the Policy Inception Date of this Policy or any anniversary thereof, or if the time between the Policy Inception Date or any anniversary and the Policy Termination Date of the Policy is less than one year, such lesser period.

2. Section III. **EXTENSIONS C. DISCOVERY PERIOD**, sub-paragraph 4) is deleted and replaced in its entirety by the following:

> 4)    The Discovery Period, if purchased, shall be treated as part of the last Policy Year prior to the inception of the Discovery Period and not an additional period.  The Limit of Liability in respects to Claims made during the Discovery Period shall be part of, and not in addition to the applicable maximum Limit of Liability for Claims made or deemed made during such last Policy Year.

3. Section V. **GENERAL CONDITIONS AND LIMITATIONS, A.  LIMIT OF LIABILITY AND RETENTION** sub-paragraph 1) is deleted in its entirety and replaced by the following:

A.    **LIMIT OF LIABILITY AND RETENTION**

> 1)    The Insurer shall pay Loss in excess of the applicable Retention set forth in Item 4 of the Declarations up to the maximum aggregate Limit of Liability set forth in Item 3 of the Declarations for all Claims made or deemed made during the applicable single Policy Year.

4. Section V. **GENERAL CONDITIONS AND LIMITATIONS, A.  LIMIT OF LIABILITY AND RETENTION** sub-paragraph 8) is deleted in its entirety and replaced by the following:

A.    **LIMIT OF LIABILITY AND RETENTION**

> 8)    The amount set forth in Item 3 of the Declarations shall be the maximum aggregate Limit of Liability of the Insurer for all Loss from all Claims or Related Claims made or deemed to be made during any single Policy Year, regardless of the time of payment by the Insurer.

CIRI 70003 IL (09/99)

Page 1 of 3

5. Section V. **GENERAL CONDITIONS AND LIMITATIONS**, B. **NOTICE**, sub-paragraph 2) is deleted and replace by the following:

    2)    If during the Policy Period the Insureds shall become aware of any Wrongful Act which may subsequently give rise to a Claim and shall give written notice to the Insurer as soon as practicable during the Policy Period or Discovery Period (if applicable), then any Claim subsequently made against the Insureds arising out of such Wrongful Act shall be deemed to have been made during the Policy Year in which such written notice was made by the Insured. Such notice must articulate the full particulars as to the nature of the potential Claim, the date of the Wrongful Act, the persons involved and the reasons for anticipating a Claim.

6. Section V. **GENERAL CONDITIONS AND LIMITATIONS**, F. **CANCELLATION** sub-paragraph 1) is deleted in its entirety and replaced by the following:

    1)    The Insurer may cancel this policy by mailing to the Parent Organization written notice stating the reasons for cancellation.

        a.    If the Insurer cancels for nonpayment of premium, the Insurer will mail the notice at least 10 days prior to the effective date of cancellation.

        b.    If the Insurer cancels for a reason other than nonpayment of premium, the Insurer will mail the notice at least 60 days prior to the effective date of cancellation.

    1.a)    If this Policy has been in effect for more than 60 days, the Insurer may cancel only for one or more of the following reasons:

        1.    Nonpayment of premium;

        2.    The Policy was obtained through a material misrepresentation;

        3.    Any Insured has violated any of the terms and conditions of the Policy;

        4.    The risk originally accepted has measurably increased;

        5.    Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to the Insurer for all or a substantial part of the underlying risk insured; or

        6.    A determination by the Director of Insurance that the continuation of the Policy could place the Insurer in violation of the insurance laws of this State.

    1.b)    Notice of cancellation will state the effective date of cancellation. The Policy period will end on that date.

7. The phrase "the Policy Period" in **ITEM 3. LIMIT OF LIABILITY** of the Declarations is deleted and replaced by the phrase "a Policy Year":

CIRI 70003 IL (09/99)

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, exclusions or limitations of the above mentioned Policy, except as expressly stated herein.  This endorsement is part of such Policy and incorporated therein.

This endorsement is effective at the inception date stated in Item 2 of the Declarations or effective at 12:01 A.M. on _____, if indicated herein. Complete the following only when this endorsement is not prepared with the Policy or is to be effective on a date other than the inception of the Policy.

_____
Authorized Representative

CIRI 70003 IL (09/99)                                                              Page 3 of 3

ISSUED BY: Travelers Casualty and Surety Company of America          POLICY NO: 104668076

ISSUED TO: ASTOR PLAZA CONDOMINIUM ASSOCIATION

### NON-PROFIT CHANGE ENDORSEMENT

This endorsement modifies insurance provided under the following:
**Non-Profit Management and Organization Liability Insurance Policy**

In consideration of the payment of the premium:

1.    Section I. **INSURING AGREEMENTS A. Liability Coverage** is deleted in its entirety and replaced by the following:

    A.   The Insurer will pay on behalf of the **Insureds Loss** up to the available maximum aggregate Limit of Liability set forth in Item 3 of the Declarations which is incurred by the **Insureds** as the result of any **Claim** first made against the **Insureds** during the **Policy Period** or the **Discovery Period**, if purchased, for a **Wrongful Act.**

2.    Section II. **DEFINITIONS B. "Claim"** sub-paragraph 1) is deleted in its entirety and replaced by the following:

    1)  a written demand for monetary or non-monetary relief;

3.    Section II. **DEFINITIONS J. "Loss"** is deleted in its entirety and replaced by the following:

    J)   **Loss** means the total amount excess of the applicable Retention which any **Insured** becomes legally obligated to pay as the result of all **Claims** first made against any **Insured** during the **Policy Period** for **Wrongful Acts** including, but not limited to, damages, judgments, settlements and **Defense Costs**. **Loss** does not include (1) the multiple portion of any multiple damage award, (2) criminal or civil fines or penalties imposed by law, (3) taxes, (4) any amount not indemnified by the **Insured Organization** for which the **Insured** is absolved from payment by reason of any covenant, agreement or court order, and (5) matters uninsurable under the law pursuant to which this Policy is construed.

4.    Section IV. **EXCLUSIONS** 6) is deleted in it entirety.

5.  Section IV. **EXCLUSIONS 9)** is deleted in its entirety and replaced by the following:

9)  for liability under or breach of any oral, written or implied contract or agreement, or for liability of others assumed by the **Insured** under any such contract or agreement; provided however, this exclusion shall not apply to (a) the Insurer's duty to defend and to pay **Defense Costs** regarding such **Claim**; (b) the extent the **Insured** would have been liable in the absence of such contract or agreement; or (c) the extent the **Claim** is a **Claim** for **Wrongful Employment Practices**;

6.  The Insurer shall not be liable to make any payment for **Loss**, other than **Defense Costs**, in connection with any **Claim** made against any of the **Insureds** which constitute costs and expenses incurred or to be incurred to comply with an order, judgment or award of injunctive or other equitable relief of any kind, or that portion of a settlement encompassing injunctive or other equitable relief, including but not limited to actual or anticipated costs and expenses associated with or arising from an **Insured's** obligation to provide reasonable accommodations under, or otherwise comply with, the Americans with Disabilities Act or the Rehabilitation Act of 1973, including amendments thereto and regulations thereunder, or any related or similar law or regulation.

7.  Section V. **GENERAL CONDITIONS AND LIMITATIONS, B. NOTICE**, sub-paragraph 1) is deleted in its entirety and replaced by the following:

1) If during the **Policy Period** or **Discovery Period**, if purchased, any **Claim** is first made against any **Insured**, the **Insureds** as a condition precedent to their right to be reimbursed under this Policy, shall give to the Insurer written notice of any such **Claim** as soon as practicable. The **Insured** shall give the Insurer such information and cooperation as it may reasonably require.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, exclusions or limitations of the above-mentioned policy, except as expressly stated herein. This endorsement is part of such policy and incorporated therein.

This endorsement is effective at the inception date stated in Item 2 of the Declarations or effective at 12:01 A.M. on _____, if indicated herein. Complete the following only when this endorsement is not prepared with the policy or is to be effective on a date other than the inception of the policy.

Accepted by:    _____

On behalf of the entity named in
ITEM 1 of the Declarations.

_____

Authorized Company Representative

ISSUED BY: Travelers Casualty and Surety Company of America          POLICY NO: 104668076

ISSUED TO: ASTOR PLAZA CONDOMINIUM ASSOCIATION

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### AMENDED BI/PD EXCLUSION

In consideration of the payment of the premium:

1.  Section IV. **EXCLUSIONS** 1) is deleted and replaced by the following:

    1)  based upon, arising out of, directly or indirectly resulting from, in consequence of, or in any way involving bodily injury, sickness, mental anguish, emotional distress, disease or death of any person, provided, that this exclusion shall not apply to allegations of mental anguish or emotional distress if and only to the extent that such allegations are made as part of a **Claim** for **Wrongful Employment Practices**;

2.  Section **IV. EXCLUSIONS** is amended by adding the following exclusion:

    for or arising out of any damage, destruction, loss of use or deterioration of any tangible property including without limitation, construction defects, whether or not as a result of faulty or incorrect design or architectural plans, improper soil testing, inadequate or insufficient protection from soil and/or ground water movement, soil subsidence, mold, toxic mold, spores, mildew, fungus, or wet or dry rot, or the supervision of actual construction, manufacturing or assembly of any tangible property;

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, exclusions or limitations of the above-mentioned policy, except as expressly stated herein.  This endorsement is part of such policy and incorporated therein.

This endorsement is effective at the Inception Date stated in ITEM 2 of the Declarations or effective at 12:01 A.M. on _____, if indicated herein.  Complete the following only when this endorsement is not prepared with the policy or is to be effective on a date other than the Inception Date of the policy.

Accepted by:     _____
                 On behalf of the entity named in
                 ITEM 1 of the Declarations.


                 _____
                 Authorized Company Representative

CIRI-70007 (02-02)

ISSUED BY: Travelers Casualty and Surety Company of America          POLICY NO: 104668076

ISSUED TO: ASTOR PLAZA CONDOMINIUM ASSOCIATION

## FAILURE TO MAINTAIN FLOOD/EARTHQUAKE SHOCK INSURANCE EXCLUSION

This endorsement modifies insurance provided under the following:
**Non-Profit Management and Organization Liability Insurance Policy**

In consideration of the premium charged, it is hereby understood and agreed that the Insurer shall not be liable to make any payment for Loss in connection with any Claim made against any Insureds based upon, arising out of, directly or indirectly resulting from, in consequence of, or in any way involving the failure or omission on the part of the Insured to obtain, effect, maintain or adhere to insurance; provided, however, that this exclusion shall only apply to Claims related to the perils of flood and earthquake shock.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, exclusions or limitations of the above mentioned policy, except as expressly stated herein. This endorsement is part of such policy and incorporated therein.

This endorsement is effective at the inception date stated in Item 2 of the Declarations or effective at 12:01 A.M. on _____ , if indicated herein. Complete the following only when this endorsement is not prepared with the policy or is to be effective on a date other than the inception of the policy.

Authorized Representative

CIRI 70010 (08/98)

**ISSUED BY:** Travelers Casualty and Surety Company of America      **POLICY NO:** 104668076
**ISSUED TO:** ASTOR PLAZA CONDOMINIUM ASSOCIATION

### AMENDED DEFINITION OF INSURED TO INCLUDE PROPERTY MANAGER

This endorsement modifies insurance provided under the following:
**Non-Profit Management and Organization Liability Insurance Policy**

In consideration of the payment of premium:

1.   Section II. **DEFINITIONS,** sub-paragraph **G. Insured** is amended to include:

    a.   any independent management organization under a written contractual agreement solely with the **Insured Organization** (a "Property Manager") and

    b.   any director, officer or employee of a Property Manager

    but only while performing property management services for the **Insured Organization** which are enumerated in such written contractual agreement.

2.   Section **IV. EXCLUSIONS** is amended by adding the following:

    brought or maintained by or on behalf of the **Insured Organization** against any **Insured** added pursuant to paragraph 1 of this endorsement;

3.   If any **Claim** made against a Property Manager or any director, officer or employee thereof gives rise to coverage both under this Policy and under any other liability policy of similar insurance issued by the Insurer or any of its affiliates, the Insurer's maximum aggregate limit of liability under all such policies for all **Loss,** including **Defense Costs,** from such **Claim** shall not exceed $1,000,000.00 subject to the remaining Limits of Liability of such policies.

---

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, exclusions or limitations of the above-mentioned policy, except as expressly stated herein.  This endorsement is part of such policy and incorporated therein.

This endorsement is effective at the inception date stated in Item 2 of the Declarations or effective at 12:01 A.M. on
_____ , if indicated herein.  Complete the following only when this endorsement is not prepared with the policy or is to be effective on a date other than the inception of the policy.

Accepted by:      _____

    On behalf of the entity named in
    ITEM 1 of the Declarations.

    _____
    Authorized Company Representative

CIRI 70064 (04-00)

ISSUED BY: Travelers Casualty and Surety Company of America

ISSUED TO: ASTOR PLAZA CONDOMINIUM ASSOCIATION

POLICY NO: 104668076

## DELETION OF AMENDED OPERATION OF RETENTION WORDING

This endorsement modifies insurance provided under the following:

**Non-Profit Management and Organization Liability Insurance Policy**

In consideration of the payment of the premium, Section **V. GENERAL CONDITIONS AND LIMITATIONS.  A.  LIMIT OF LIABILITY AND RETENTION.  5) and 6)** are deleted from the Policy and any endorsement thereto.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, exclusions or limitations of the above mentioned policy, except as expressly stated herein.  This endorsement is part of such policy and incorporated therein.

This endorsement is effective at the inception date stated in Item 2 of the Declarations or effective at 12:01 A.M. on                    , if indicated herein. Complete the following only when this endorsement is not prepared with the policy or is to be effective on a date other than the inception of the policy.

_____

Authorized Representative

CIRI 72023 (01-03)

ISSUED BY: Travelers Casualty and Surety Company of America    POLICY NO:   104668076

ISSUED TO: ASTOR PLAZA CONDOMINIUM ASSOCIATION

## NUCLEAR BROAD FORM EXCLUSION

This endorsement modifies insurance provided under the following:
**Non-Profit Management and Organization Liability Insurance Policy**

A.    This Policy does not apply:

    1.    To **Loss**

        a.    with respect to which an Insured under this Policy is also an Insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada or any of their successors, or would be an **Insured** under any such policy but for its termination upon exhaustion of its limit of liability; or

        b.    resulting from the Hazardous Properties of Nuclear Material and with respect to which (i) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (ii) the Insured is, or had this Policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any Agency thereof with any person organization; or

    2.    To **Loss** resulting from the Hazardous Properties of Nuclear Material, if

        a.    the Nuclear Material (i) is at any Nuclear Facility owned by, or operated by or on behalf of an **Insured** (ii) has been discharged or dispersed therefrom;

        b.    the Nuclear Material is contained in Spent Fuel or Waste at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an Insured; or

        c.    the **Loss** arises out of the furnishing by an **Insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any Nuclear Facility, but if such Nuclear Facility is located within the United States of America, its territories or possessions or Canada, this exclusion (c) applies only to **Loss** to such Nuclear Facility and any property thereat.

B.    As used in this Endorsement:

    1.    "Hazardous Properties" include radioactive, toxic or explosive properties.

    2.    "Nuclear Material" means Source Material, Special Nuclear Material or Byproduct Material.

    3.    "Source Material," "Special Nuclear Material" and "Byproduct Material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

4.  "Spent Fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a Nuclear Reactor.

5.  "Waste" means any waste material (a) containing Byproduct Material other than the tailing or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its Source Material content and (b) resulting from the operation by any person or organization of any Nuclear Facility included within the definition of Nuclear Facility under paragraph (a) or (b) thereof.

6.  "Nuclear Facility" means

    a.  any Nuclear Reactor;

    b.  any equipment or device designed or used for (i)separating the isotopes of uranium or plutonium, (ii) processing or utilizing Spent Fuel, or (iii) handling, processing or packaging Waste;

    c.  any equipment or device used for the processing, fabricating or alloying of Special Nuclear Material if at any time the total amount of such material in the custody of the Insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    d.  any structure, basin, excavation, premises or place prepared or used for the storage or disposal of Waste and includes the site on which any of the foregoing is located, all operation conducted on such site and all premises used for such operations.

7.  "Nuclear Reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

8.  **"Insured"** means the **Insured Organization** and shall also mean the **Insured Persons**.

9.  **"Loss"** includes all forms of radioactive contamination of property.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, exclusions or limitations of the above mentioned policy, except as expressly stated herein. This endorsement is part of such policy and incorporated therein.

This endorsement is effective at the inception date stated in Item 2 of the Declarations or effective at 12:01 A.M. on _____, if indicated herein. Complete the following only when this endorsement is not prepared with the policy or is to be effective on a date other than the inception of the policy.

_____
Authorized Representative

72047 (08-1996)                                                                 Page 2 of 2

**ST PAUL TRAVELERS**

# NOTICE TO POLICYHOLDERS
# JURISDICTIONAL INSPECTIONS

Dear Policyholder;

Many states and some cities issue certificates permitting the continued operation of certain equipment such as boilers, water heaters, pressure vessels, etc. Periodic inspections are normally required to renew these certificates. In most jurisdictions, insurance company employees who have been licensed are authorized to perform these inspections.

If:

- You own or operate equipment that requires a certificate from a state or city to operate legally, and
- We Insure that equipment under this Policy, and
- You would like us to perform the next required inspection;

Then;

Call this toll-free number – **1-800-425-4119**

When you call this number, our representative will ask you for the following information:

- Name of your business (as shown on this Policy)
- Policy Number
- Location where the equipment is located, Including Zip Code.
- Person to contact and phone number for scheduling of inspection
- Type of equipment requiring inspection
- Certificate inspection date and certificate number

Or;

Fill in the form on the reverse side of this notice and fax it to the toll-free number indicated on that form.

Please note the following:

- Your jurisdiction may charge you a fee for renewing a certificate. It is your responsibility to pay such a fee.
- All the provisions of the INSPECTIONS AND SURVEYS Condition apply to the inspections described in this notice.

## REMINDER

If new equipment is installed or old equipment replaced that requires a jurisdictional inspection please let us know by calling our toll-free number listed above.

PN T1 89 06 99

013263

 **ST PAUL TRAVELERS**

## IMPORTANT DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE

On November 26, 2002, President Bush signed into law the Terrorism Risk Insurance Act of 2002 (the "Act"). The Act establishes a short-term program under which the Federal Government will share in the payment of covered losses caused by certain acts of international terrorism. We are providing you with this notice to inform you of the key features of the Act, and to let you know what effect, if any, the Act will have on your premium.

Under the Act, insurers are required to provide coverage for certain losses caused by international acts of terrorism as defined in the Act. The Act further provides that the Federal Government will pay a share of such losses. Specifically, the Federal Government will pay 90% of the amount of covered losses caused by certain acts of terrorism which is in excess of an insurer's statutorily established deductible for that year. The Act also caps the amount of terrorism-related losses for which the Federal Government or an insurer can be responsible at $100,000,000,000.00, provided that the insurer has met its deductible.

Please note that passage of the Act does not result in any change in coverage under the attached policy or bond (or the policy or bond being quoted). Please also note that no separate additional premium charge has been made for the terrorism coverage required by the Act. The premium charge that is allocable to such coverage is inseparable from and imbedded in your overall premium, and is no more than one percent of your premium.

ILT-1018 (9/04)

**Rosenthal Bros., Inc.**
P.O. Box 700
Deerfield, IL  60015-0700
Phone:  847-940-4300    Fax:  847-940-4315

# M E M O

| | Page 1 |
|---|---|

| ACCOUNT NO. | P. | DATE |
|---|---|---|
| ASTOR-1 | KK | 08/01/2006 |

**POLICY INFORMATION**

| POLICY # | | |
|---|---|---|
| 104668076 | | |

| TYPE | EFFECTIVE | EXPIRATION |
|---|---|---|
| DOL1 | 12/27/2005 | 12/27/2008 |

Astor Plaza Condominium Assn.
c/o Cagan Managment Group
867 W. Buckingham, Lower Level
Chicago, IL  60657

Bryan Cagan                                    Re:  Endorsement

Enclosed is endorsement to the D & O policy.

This endorsement, effective 7-25-06, amends the mailing address.

Please contact Wendy Franks with any questions.

Thank you.

Karin Kiesewetter

ISSUED BY: Travelers Casualty and Surety Company of America            POLICY NO: 104668076

ISSUED TO: ASTOR PLAZA CONDOMINIUM ASSOCIATION

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### AMEND DECLARATION PAGE – NAME & ADDRESS CHANGE

In consideration of the payment of the premium, ITEM 1. of the Declarations is deleted and replaced with the following:

ITEM 1. **Insured Organization Name**

ASTOR PLAZA CONDOMINIUM ASSOCIATION

**Principal Address:**

c/o CAGAN MANAGMENT GROUP
867 W. BUCKINGHAM, LOWER LEVEL
CHICAGO, IL 60657

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, exclusions or limitations of the above-mentioned policy, except as expressly stated herein. This endorsement is part of such policy and incorporated therein.

This endorsement is effective at the Inception Date stated in the Declarations or effective at 12:01 A.M. on **July 25, 2006** if indicated herein. Complete the following only when this endorsement is not prepared with the policy or is to be effective on a date other than the Inception Date of the policy.

Accepted by:            _____
                        On behalf of the entity named in
                        ITEM 1 of the Declarations.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

            _____
            Authorized Company Representative

ILT-1022 (07-03)

**Rosenthal Bros., Inc.**
P.O. Box 700
Deerfield, IL  60015-0700
Phone: 847-940-4300    Fax: 847-940-4315

| ACCOUNT NO. | P | DATE |
|---|---|---|
| ASTOR-1 | KK | 08/17/2006 |

**POLICY INFORMATION**

POLICY #
I6802122C323IND05

| TYPE | | EFFECTIVE | EXPIRATION |
|---|---|---|---|
| BOP | | 12/27/2005 | 12/27/2006 |

Astor Plaza Condominium Assn.
c/o Cagan Managment Group
867 W. Buckingham, Lower Level
Chicago, IL  60657

Bryan Cagan                                    Re:  Endorsement

Enclosed is endorsement to the Business Owners policy.

This endorsement, effective 7-25-06, amends the mailing address and corrects the typo in the Named Insured.

Please contact Wendy Franks with any questions.

Thank you.

Karin Kiesewetter

**ST PAUL**
**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**INSURING COMPANY:**
THE TRAVELERS INDEMNITY COMPANY

| | |
|---|---|
| **Named Insured:** | ASTOR PLAZA CONDO ASSOC. |
| | C/O CARGAN MANAGEMENT |
| **Policy Number:** | I-680-2122C323-IND-05 |
| **Policy Effective Date:** | 12-27-05 |
| **Policy Expiration Date:** | 12-27-06 |
| **Issue Date:** | 08-08-06 |
| **Premium $** | NIL |

Effective from 07-25-06 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:


ON THE COMMON POLICY DECLARATIONS, ITEM 1. NAMED INSURED, IS CHANGED
TO:
ASTOR PLAZA CONDO ASSOC.
C/O CAGAN MANAGEMENT


**NAME AND ADDRESS OF AGENT OR BROKER**

ROSENTHAL BROS INC          CG834
PO BOX 700
DEERFIELD          IL   60015-0700

Countersigned by

_____
Authorized Representative
DATE: _____

IL T0 07 09 87  (Page 01 of 01)

004990

Office:  NAPERVILLE IL

POLICY NUMBER: I-680-2122C323-IND-05

EFFECTIVE DATE: 12-27-05

ISSUE DATE: 08-08-06

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

IL TO 07 09 87    CHANGE ENDORSEMENT

IL T8 01 01 01

004991

 **ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

INSURING COMPANY:
THE TRAVELERS INDEMNITY COMPANY

| | |
|---|---|
| Named Insured: | ASTOR PLAZA CONDO ASSOC. |
| | C/O KASS MANAGEMENT |
| Policy Number: | I-680-2122C323-IND-05 |
| Policy Effective Date: | 12-27-05 |
| Policy Expiration Date: | 12-27-06 |
| Issue Date: | 07-27-06 |
| Premium $ | NIL |

Effective from 07-25-06 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

ON THE COMMON POLICY DECLARATIONS, ITEM 1. NAMED INSURED AND MAILING
ADDRESS ARE CHANGED TO:
ASTOR PLAZA CONDO ASSOC.
C/O ~~CARGAN~~ MANAGEMENT
867 W. BUCKINGHAM, LOWER LEVEL
CHICAGO, IL 60657

NAME AND ADDRESS OF AGENT OR BROKER

Countersigned by

ROSENTHAL BROS INC          CG834
PO BOX 700
DEERFIELD                 IL  60015-0700

_____
Authorized Representative

DATE: _____

**IL T0 07 09 87**  (Page 01 of 01)

Office:  NAPERVILLE IL

POLICY NUMBER: I-680-2122C323-IND-05

EFFECTIVE DATE: 12-27-05

ISSUE DATE: 07-27-06

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

IL T0 07 09 87   CHANGE ENDORSEMENT

 **TRAVELERS**

To Our Valued Customers:

Each year, homeowners and business owners across the nation sustain significant weather-related property damage due to floods. These can include losses caused by waves, tidal waters, the overflow of a body of water, the rapid accumulation or runoff of surface water, and mudslide. In nearly all cases, these flood losses cannot be prevented or even anticipated. And, in many instances, the losses are devastating.

Most standard property insurance policies, including most of our policies, do <u>not</u> provide coverage for flood losses. While flood coverage is often available – primarily through the <u>National Flood Insurance Program</u> – it is rarely purchased. Unfortunately, each year we find that some policyholders are surprised and disappointed to learn that damages they have suffered as a direct result of flood are not covered under the policies they have purchased.

Please review your insurance coverage with your agent or Company representative. As you consider the need for flood insurance, keep in mind that floods can, and do, occur in locations all over the country. They are not limited to coastal areas or locations with nearby rivers or steams. Several inches of rain falling over a short period of time can cause flood damage, even in normally dry areas that are not prone to flooding.

Your agent or Company representative can help you assess your risk. They can provide you with information on flood insurance available through us, including our "Write Your-Own-Flood" program, which enables agents to write flood insurance through the <u>National Flood Insurance Program</u>. Your agent or Company representative can help you assess your risk.

PN T0 53 09 04

Page 1 of 1

 **TRAVELERS**

## CONDOMINIUM PAC

CONDOMINIUMS

A Custom Insurance Policy Prepared for:

ASTOR PLAZA CONDO ASSOC.
C/O CAGAN MANAGEMENT
867 W. BUCKINGHAM, LOWER LEVEL

CHICAGO                    IL     60657



Presented by:  ROSENTHAL BROS INC

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

## RENEWAL CERTIFICATE

**COMMON POLICY DECLARATIONS**
CONDOMINIUM PAC PLUS
BUSINESS: CONDO/5-12

**POLICY NO.:** I-680-2122C323-PHX-06
**ISSUE DATE:** 11-14-06

**INSURING COMPANY:**

THE PHOENIX INSURANCE COMPANY

1.  **NAMED INSURED AND MAILING ADDRESS:**

    ASTOR PLAZA CONDO ASSOC.
    C/O CAGAN MANAGEMENT
    867 W. BUCKINGHAM, LOWER LEVEL

    CHICAGO                    IL 60657

2.  **POLICY PERIOD:** From 12-27-06 to 12-27-07  12:01 A.M. Standard Time at your mailing address.

3.  **LOCATIONS:**

| PREM. NO. | BLDG. NO. | OCCUPANCY | ADDRESS (same as Mailing Address unless specified otherwise) |
|---|---|---|---|
| 01 | 01 | CONDO/5-12 | 39 E. SCHILLER |
|  |  |  | CHICAGO                    IL 60610 |

4.  **COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:**

| COVERAGE PARTS AND SUPPLEMENTS | INSURING COMPANY |
|---|---|
| Businessowners Coverage Part | PHX |

5.  The COMPLETE POLICY consists of this declarations and all other declarations, and the forms and endorsements for which symbol numbers are attached on a separate listing.

6.  **SUPPLEMENTAL POLICIES:** Each of the following is a separate policy containing its complete provisions.

| POLICY | POLICY NUMBER | INSURING COMPANY |
|---|---|---|

    DIRECT BILL

7.  **PREMIUM SUMMARY:**

| | | |
|---|---|---|
| Provisional Premium | $ | 6,166.00 |
| Due at Inception | $ | |
| Due at Each | $ | |

NAME AND ADDRESS OF AGENT OR BROKER

COUNTERSIGNED BY:

ROSENTHAL BROS INC        CG834
PO BOX 700
DEERFIELD                IL 60015-0700

_____
Authorized Representative

DATE: _____

IL T0 25 08 01  (Page 1 of 01)
Office: NAPERVILLE IL        DOWN

# ≡ TRAVELERS

One Tower Square, Hartford, Connecticut 06183

**BUSINESSOWNERS COVERAGE PART DECLARATIONS**

CONDOMINIUM PAC PLUS

POLICY NO.:  I-680-2122C323-PHX-06
ISSUE DATE: 11-14-06

INSURING COMPANY:
THE PHOENIX INSURANCE COMPANY

POLICY PERIOD:
From 12-27-06 to 12-27-07 12:01 A.M. Standard Time at your mailing address.

FORM OF BUSINESS:  CONDO ASSN

COVERAGES AND LIMITS OF INSURANCE:  Insurance applies only to an item for which a
"limit" or the word "included" is shown.

### COMMERCIAL GENERAL LIABILITY COVERAGE

| OCCURRENCE FORM | LIMITS OF INSURANCE |
|---|---|
| General Aggregate (except Products-Completed Operations Limit) | $ 2,000,000 |
| Products-Completed Operations Aggregate Limit | $ 2,000,000 |
| Personal and Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence Limit | $ 1,000,000 |
| Damage to Premises Rented to You | $ 300,000 |
| Medical Payments Limit (any one person) | $ 5,000 |

### BUSINESSOWNERS PROPERTY COVERAGE

DEDUCTIBLE AMOUNT:  Businessowners Property Coverage:  $ 1,000 per occurrence.
~~Building Glass:~~                               ~~None~~

BUSINESS INCOME/EXTRA EXPENSE LIMIT:    Actual loss up to 12 consecutive months,
                                        subject to a maximum limit of $    32,000

Period of Restoration-Time Period:      Immediately

Other additional coverages apply and may be changed by an endorsement.  Please
read the policy.

SPECIAL PROVISIONS:

## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

MP T0 01 02 05  (Page 1 of  02)

BUSINESSOWNERS PROPERTY COVERAGE

PREMISES LOCATION NO.: 01        BUILDING NO.: 01

| COVERAGE | LIMIT OF INSURANCE | VALUATION | COINSURANCE | INFLATION GUARD |
|----------|-------------------|-----------|-------------|-----------------|
| BUILDING | $  3,465,000 | RCP* | N/A | 0.0% |
| *Replacement Cost Plus | | | | |

Other coverage extensions apply and may be changed by an endorsement.  Please read the policy.

MP T0 01 02 05 (Page 2 of 02)

```
                        POLICY NUMBER:  I-680-2122C323-PHX-06
                        EFFECTIVE DATE:  12-27-06
                           ISSUE DATE:  11-14-06
```

          LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
   * IL T0 25 08 01    RENEWAL CERTIFICATE
   * MP T0 01 02 05    BUSINESSOWNERS COVERAGE PART DECS
   * IL T8 01 01 01    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
     IL T3 15 02 04    COMMON POLICY CONDITIONS


BUSINESSOWNERS

     MP T1 02 02 05    BUSINESSOWNERS PROPERTY COV-SPEC FORM
     MP T4 29 02 05    AMENDATORY PROVISIONS-CONDOMINIUMS-IL
   * MP T3 23 05 02    FUNGUS ROT BACTERIA CHGS
   * MP T3 25 01 06    TERRORISM RISK INS ACT OF 2002 NOTICE
   * MP T3 30 02 05    REPLACEMENT COST PLUS
     MP T3 37 02 05    NON-COMP OFFICERS FOR EMPL DISHONESTY
     MP T3 39 02 05    VOLUNTEER WORKERS FOR EMPL DISHONESTY
     MP T3 40 02 05    PROPERTY MANAGERS FOR EMPL DISHONESTY
     MP T1 35 01 00    ORDINANCE OR LAW COVERAGE
   * MP T1 55 02 05    AMEND EMPLOYEE DISHONESTY LIMIT
   * MP T1 72 08 96    CAUSES OF LOSS-BROAD FORM FLOOD
   * MP T9 70 03 06    POWER PAC ENDORSEMENT
     MP T3 32 02 05    THEFT OF MONEY AND SECURITIES EXCLUSION


COMMERCIAL GENERAL LIABILITY

   * CG T0 07 11 05    DECLARATIONS PREMIUM SCHEDULE
     CG T0 34 11 03    TABLE OF CONTENTS
     CG 00 01 10 01    COMMERCIAL GENERAL LIABILITY COV FORM
     CG D2 37 11 03    EXCLUSION-REAL ESTATE DEV ACTIVITIES
     CG D2 55 11 03    AMENDMENT OF COVERAGE - POLLUTION
     CG D3 09 11 03    AMEND ENDT-PRODUCTS-COMPLETED OPR HAZARD
     CG 21 70 11 02    CAP ON LOSSES CERTIFIED ACTS TERRORISM
   * CG D0 37 04 05    OTHER INSURANCE-ADDITIONAL INSUREDS
     CG D1 86 11 03    XTEND ENDORSEMENT
   * CG D2 34 01 05    WEB XTEND - LIABILITY
   * MP T1 25 11 03    HIRED AUTO AND NON-OWNED AUTO LIAB
     CG D2 43 01 02    FUNGI OR BACTERIA EXCLUSION
     CG D2 56 11 03    AMENDMENT OF COVERAGE
     CG D2 88 11 03    EMPLOYMENT-RELATED PRACTICES EXCLUSION
     CG D3 26 01 04    EXCLUSION-UNSOLICITED COMMUNICATIONS
     CG D0 76 06 93    EXCLUSION-LEAD
     CG D1 42 01 99    EXCLUSION-DISCRIMINATION
     CG D2 42 01 02    EXCLUSION WAR
     CG T4 78 02 90    EXCLUSION-ASBESTOS
     CG F2 64 03 05    ILLINOIS CHANGES-CONDOMINIUMS
     GN 00 70 11 88    ILLINOIS EXCL-LIQUOR LEGAL LIABILITY
```

   * TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

POLICY NUMBER: I-680-2122C323-PHX-06
EFFECTIVE DATE: 12-27-06
ISSUE DATE: 11-14-06

COMMERCIAL GENERAL LIABILITY (CONTINUED)

```
CG F2 11 11 03    ILLINOIS CHANGES - INSURED CONTRACT
CG T3 33 11 03    LIMIT WHEN TWO OR MORE POLICIES APPLY
CG 02 00 07 05    IL CHANGES -CANCELLATION AND NONRENEWAL
```

INTERLINE ENDORSEMENTS

```
* IL T3 79 01 06    CAPS ON LOSSES FROM CERT ACTS OF TERROR
  IL 00 21 07 02    NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
  IL 01 18 05 05    ILLINOIS CHANGES
* IL 01 62 04 06    ILLINOIS CHANGES - DEFENSE COSTS
* IL 02 84 07 05    IL CHANGES-CANCELLATION AND NONRENEWAL
```

* TEXT IN THIS FORM HAS CHANGED, OR THE FORM WAS NOT ON POLICY BEFORE.

IL T8 01 01 01                                    PAGE:    2 OF   2

**BUSINESSOWNERS**

**BUSINESSOWNERS**

POLICY NUMBER: I-680-2122C323-PHX-06

BUSINESSOWNERS
ISSUE DATE: 11-14-06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGUS, ROT, BACTERIA AND OTHER CAUSES OF LOSS CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS PROPERTY COVERAGE PART

**A. SCHEDULE**

**Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage:**

**Direct Damage Limit of Insurance**

$15,000   **OR**   ☐ $25,000   ☐ $50,000   ☐ $100,000   ☐ $250,000

**B.** The EXCLUSIONS contained in Section **B.** of the BUSINESSOWNERS PROPERTY COVERAGE FORM are amended as follows:

1. The following exclusion is added to **B.1.**:

   **"Fungus", Wet Rot, Dry Rot and Bacteria**

   a. We will not pay for loss or damage, or any increase in the amount of loss or damage, caused directly or indirectly by or resulting from the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

   But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

   This exclusion does not apply:

   **(1)** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

   **(2)** To the extent that coverage is provided in the Additional Coverage – Limited "Fungus", Wet Rot, Dry Rot and Bacteria in Section **C.1.** below of this endorsement with respect to loss or damage by a cause of loss other than fire or lightning.

2. The exclusions contained in **B.2.** are amended as follows:

   a. Under exclusion **B.2.d.(2)**, reference to fungus, wet or dry rot, mold is deleted.

   b. Exclusion **B.2.f.** is deleted and replaced by the following:

   We will not pay for loss or damage caused by or resulting from continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor that occurs over a period of 14 days or more.

**C.** The Additional Coverages contained in Section **A.6.** of the BUSINESSOWNERS PROPERTY COVERAGE FORM are amended as follows:

1. The following Additional Coverage is added:

   **Additional Coverage – Limited "Fungus", Wet Rot, Dry Rot and Bacteria**

   a. The coverage described in **b.** and **c.** below only applies when the "fungus", wet or dry rot or bacteria is the result of a "specified cause of loss", other than fire or lightning, that occurs during the policy period and only if all reasonable means have been used to save and preserve the property from further damage at the time of and after that occurrence.

   b. Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage

   **(1)** We will pay for direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including:

   **(a)** The cost of removal of the "fungus", wet or dry rot or bacteria;

   **(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   **(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that