# Exhibit B

# Illinois Department of Financial and Professional Regulation
## Division of Insurance

ROD R. BLAGOJEVICH
Governor

**BOND LOADED**

DEAN MARTINEZ
Secretary

MICHAEL T. McRAITH
Director
Division of Insurance

RECEIVED
NOV 01 REC'D
MJR

October 26, 2007

Travelers Casualty and Surety Company
of America
One Tower Square
Hartford, CT 06183

CORPORATE LITIGATION
HARTFORD

OCT 30 2007

RECEIVED PM

Re: Case #07CH29201

Gentlemen:

Enclosed please find copy of Summons and Complaint for Declaratory Judgment received by me as your agent for service of process at 2:05 p.m. on October 25, 2007, in my Chicago office in the case of Astor Plaza Condominium Association, Daniel G. Mohen vs. your company; et al.

Sincerely,

Michael T. McRaith
Director of Insurance

MTM:EMC:alt
Enclosure

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

320 W. Washington
Springfield, Illinois 62767-0001
www.idfpr.com