# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASTOR PLAZA CONDOMINIUM ASSOCIATION, DANIEL G. MOHEN, TRAVIS W. COCHRAN, GEETA KRISHNAMURTHI, and WILLIAM S. LODER, <br><br> Plaintiffs, <br><br> .v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and MERRIMACK MUTUAL FIRE INSURANCE COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) Cook County No. 07 CH 29201 ) ) Northern District No._____ ) ) Jury Trial Demanded ) ) ) ) ) |

### EXPRESS CONSENT TO REMOVAL
### BY MERRIMACK MUTUAL FIRE INSURANCE COMPANY

Merrimack Mutual Fire Insurance Company, named defendant in the above-captioned action, by its undersigned counsel, hereby consents to the removal by defendant Travelers Casualty and Surety Company of America of the above-captioned action from the County Department, Chancery Division in the Circuit of Cook County, Illinois, to the United States District Court for the Northern District of Illinois.

Merrimack Mutual Fire Insurance Company

By: _____
Attorney Name *Keith C. Carlson*
Attorney's Illinois ARDC No. *06194752*
Address *214 N. Jefferson, Ste 101*
*Chicago, IL 60661*