**FILED**
**NOVEMBER 21, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6593**

In the Matter of

Astor Plaza Condominium Assoc., Daniel Mohen, Travis Cochran, Geeta Krishnamurthi, and William Loder
vs.
Travelers Casualty and Surety of America and Merrimack Mutual Fire Insurance Co.

Case Number:

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Travelers Casualty & Surety Company of America

**CEM**

| | |
|---|---|
| NAME (Type or print) | |
| Emorico (Rick) H. Cavaliere | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Emorico H. Cavaliere | |
| FIRM | |
| Boundas, Skarzynski, Walsh & Black, LLC | |
| STREET ADDRESS | |
| 200 East Randolph Drive, Suite 7200 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6277233 | (312)946-4233 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐