**FILED**
**NOVEMBER 21, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6593**

| | |
|---|---|
| ASTOR PLAZA CONDOMINIUM ASSOCIATION, DANIEL G. MOHEN, TRAVIS W. COCHRAN, GEETA KRISHNAMURTHI, and WILLIAM S. LODER, <br><br> Plaintiffs, <br><br> v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and MERRIMACK MUTUAL FIRE INSURANCE COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE KEYS**

Cook County No. 07 CH 29201

Northern District No._____

Jury Trial Demanded

## NOTICE OF FILING APPEARANCE AND NOTICE OF REMOVAL

TO:   *See Service List Attached*

PLEASE TAKE NOTICE that on November 21, 2007, we filed an Appearance and Notice of Removal, copies of which are attached and served upon you.

Respectfully submitted,

Travelers Casualty and Surety Company of America

By: *[signature]*
One of its attorneys

Peter F. Lovato, III, Esq. (No. 1695940)
Michael J. Rosen, Esq. (No. 6193177)
Emorico H. Cavaliere, Esq. (No. 6277233)
Boundas, Skarzynski, Walsh & Black, LLC
200 E. Randolph Street, Suite 7200
Chicago, IL 60601
(312) 946-4200

## CERTIFICATE OF SERVICE

  The undersigned, being first duly sworn on oath, deposes and states that he served copies of the above notice, together with all documents referenced therein, upon the attorneys named in the attached Service List at the addresses listed via regular mail, before the hour of 5:00 p.m. on the 21 day of November, 2007.


SUBSCRIBED AND SWORN TO
before me this 21st day
of November, 2007.

_____


P:\TRAV02\13562\PLEADINGS\Removal\Notice of Filing Notice of Removal and Appearance.doc

## SERVICE LIST

Keith G. Carlson, Esq.
CARLSON LAW OFFICES
218 North Jefferson Street, Suite 101
Chicago, Illinois 60661
*Attorney for Co-Defendant*
*Merrimack Mutual Ins. Co.*

Anthony G. Barone, Esq.
David M. Jenkins, Esq.
BARONE & JENKINS, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrace, Illinois 60181
*Attorneys for the Plaintiffs*