IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASTOR PLAZA CONDOMINIUM ASSOCIATION, DANIEL G. MOHEN, TRAVIS W. COCHRAN, GEETA KRISHNAMURTHI, and WILLIAM S. LODER, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 CV 6593 |
| v. | ) ) | Judge Gottschall |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and MERRIMACK MUTUAL FIRE INSURANCE COMPANY, | ) ) ) ) ) ) | Magistrate Judge Keys |
| Defendants. | ) | |

**NOTICE OF FILING DEFENDNAT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S ANSWER AND AFFIRMAITVE DEFENSES TO PLAINTIFFS' COMPLAINT FOR DECLARATORY RELIEF**

**TO:**

Keith G. Carlson, Esq.
CARLSON LAW OFFICES
218 North Jefferson Street, Suite 101
Chicago, Illinois 60661
*Attorney for Co-Defendant*
*Merrimack Mutual Ins. Co.*

Anthony G. Barone, Esq.
David M. Jenkins, Esq.
BARONE & JENKINS, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrace, Illinois 60181
*Attorneys for the Plaintiffs*

     PLEASE TAKE NOTICE that on November 28, 2007, we filed DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF, a copy of which is attached and served upon you.

                                Respectfully submitted,

                                Travelers Casualty and Surety Company of America

                                By:   /s/ Emorico H. Cavaliere
                                     One of its attorneys

Peter F. Lovato, III, Esq. (No. 1695940)
Michael J. Rosen, Esq. (No. 6193177)
Emorico H. Cavaliere, Esq. (No. 6277233)
Boundas, Skarzynski, Walsh & Black, LLC
200 E. Randolph Street, Suite 7200
Chicago, IL 60601
(312) 946-4200

**CERTIFICATE OF SERVICE**

      The undersigned, being first duly sworn on oath, deposes and states that he served copies of the above notice, together with all documents referenced therein, upon the attorney named in the attached Service List at the address listed via regular mail, before the hour of 5:00 p.m. on the 28th day of November, 2007.

SUBSCRIBED AND SWORN TO
before me this 28th day
of November, 2007.

/s/ Emorico H. Cavaliere