IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASTOR PLAZA CONDOMINIUM ASSOCIATION, DANIEL G. MOHEN, TRAVIS W. COCHRAN, GEETA KRISHNAMURTHI, and WILLIAM S. LODER,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and MERRIMACK MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | Case No. 07 CV 6593<br><br>Judge Gottschall<br><br>Magistrate Judge Keys |

## NOTICE OF MOTION

On Thursday, December 20, 2007 at 9:30 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan B. Gottschall or any Judge sitting in her stead in Room 2325 or the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there move this Honorable Court, pursuant to the attached *Motion For Leave To File Amended Complaint And To Remand Case To State Court*, a copy of which is attached hereto and served upon you.

Respectfully submitted,

ASTOR PLAZA CONDOMINIUM
ASSOCIATION, DANIEL G. MOHEN,
TRAVIS W. COCHRAN, GEETA
KRISHNAMURTHI, and WILLIAM S.
LODER

By: *[signature]*
One of Their Attorneys

Anthony G. Barone (Atty. No. 06196315)
David M. Jenkins (Atty. No. 6211230)
Barone & Jenkins, P.C.
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, IL 60181
Tel.: (630) 472-0037

## **CERTIFICATE OF SERVICE**

I hereby certify on December 14, 2007, a copy of the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further caused a copy of the foregoing to be sent via regular U. S. Mail to:

| | |
|---|---|
| Keith G. Carlson | Peter F. Lovato, III, Esq. |
| Carlson Law Offices | Michael J. Rosen, Esq. |
| 218 North Jefferson, Suite 101 | Emorico H. Cavaliere, Esq. |
| Chicago, IL 60601 | Boundas, Skarzynski, Walsh & Black, LLC |
| | 200 E. Randolph Street, Suite 7200 |
| | Chicago, IL 60601 |

_____
David M. Jenkins

Anthony G. Barone (Atty. No. 06196315)
David M. Jenkins (Atty. No. 6211230)
Barone & Jenkins, P.C.
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, IL  60181
Tel.:  (630) 472-0037