## CERTIFICATE OF SERVICE

I hereby certify on December 20, 2007, a copy of the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further caused a copy of the foregoing to be sent via regular U. S. Mail to:

| | |
|---|---|
| Keith G. Carlson | Peter F. Lovato, III, Esq. |
| Carlson Law Offices | Michael J. Rosen, Esq. |
| 218 North Jefferson, Suite 101 | Emorico H. Cavaliere, Esq. |
| Chicago, IL 60601 | Boundas, Skarzynski, Walsh & Black, LLC |
| | 200 E. Randolph Street, Suite 7200 |
| | Chicago, IL 60601 |

_____
David M. Jenkins

Anthony G. Barone (Atty. No. 06196315)
David M. Jenkins (Atty. No. 6211230)
Barone & Jenkins, P.C.
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, IL 60181
Tel.: (630) 472-0037