IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASTOR PLAZA CONDOMINIUM ASSOCIATION, DANIEL G. MOHEN, TRAVIS W. COCHRAN, GEETA KRISHNAMURTHI, and WILLIAM S. LODER,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and MERRIMACK MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | Case No.  07 CV 6593<br><br>Judge Gottschall<br><br>Magistrate Judge Keys |

## CERTIFICATE OF SERVICE

I hereby certify on December 14, 2007, a copy of the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further caused a copy of the foregoing to be sent via regular U. S. Mail to:

Keith G. Carlson
Carlson Law Offices
218 North Jefferson, Suite 101
Chicago, IL 60601

Peter F. Lovato, III, Esq.
Michael J. Rosen, Esq.
Emorico H. Cavaliere, Esq.
Boundas, Skarzynski, Walsh & Black, LLC
200 E. Randolph Street, Suite 7200
Chicago, IL 60601

_____
David M. Jenkins

Anthony G. Barone (Atty. No. 06196315)
David M. Jenkins (Atty. No. 6211230)
Barone & Jenkins, P.C.
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, IL  60181
Tel.: (630) 472-0037