UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

| | |
|---|---|
| Astor Plaza Condominium Association, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:07−cv−06593 |
| | Honorable Joan B. Gottschall |
| Travelers Casualty and Surety Company of America, et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 3, 2008:

MINUTE entry before Judge Joan B. Gottschall :Briefing schedule as to MOTION by Plaintiff Astor Plaza Condominium Association for leave to file Amended Complaint and to Remand Case to State Court [11] is as follows: Responses due by 1/29/2008. Replies due by 2/19/2008. Ruling by mail. Status hearing set for 1/30/2008 at 9:30AM is stricken. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.