IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASTOR PLAZA CONDOMINIUM ASSOCIATION, DANIEL G. MOHEN, TRAVIS W. COCHRAN, GEETA KRISHNAMURTHI, and WILLIAM S. LODER,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and MERRIMACK MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendants. | Case No. 07 CV 6593<br><br>Judge Gottschall<br><br>Magistrate Judge Keys |

### NOTICE OF FILING FOR TRAVELERS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND TO REMAND CASE TO STATE COURT

**TO:** *See Service List Attached*

PLEASE TAKE NOTICE that on January 29, 2008, we filed Travelers' Response to Plaintiffs' Motion For Leave to File Amended Complaint and to Remand Case to State Court, a copy of which is attached and served upon you.

Respectfully submitted,

Travelers Casualty and Surety Company of America

By: _/s/ Emorico H. Cavaliere_
One of its attorneys

Peter F. Lovato, III, Esq. (No. 1695940)
Michael J. Rosen, Esq. (No. 6193177)
Emorico H. Cavaliere, Esq. (No. 6277233)
Boundas, Skarzynski, Walsh & Black, LLC
200 E. Randolph Street, Suite 7200
Chicago, IL 60601
(312) 946-4200

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that he served copies of the above notice, together with all documents referenced therein, upon the attorneys named in the attached Service List at the addresses listed via regular mail on the 29th day of January, 2008.

SUBSCRIBED AND SWORN TO
before me this 29th day
of January, 2008.

*Stephanie D. Winston*



"OFFICIAL SEAL"
STEPHANIE D. WINSTON
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/02/2008

## SERVICE LIST

Keith G. Carlson
CARLSON LAW OFFICES
218 North Jefferson, Suite 101
Chicago, IL 60601

Anthony G. Barone
David M. Jenkins
BARONE & JENKINS, P.C.
635 Butterfield Road
Suite 145
Oakbrook Terrace, IL 60181

*Attorney for Merrimack Mutual Fire Insurance Company*

*Attorneys for the Plaintiffs*