# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOISATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of **Astor Plaza Condominium Association, et.al., Plaintiffs v. Travelers Casualty and Surety Company of America and Merrimack Mutual Fire Insurance Company, Defendants, Case No. 07 CV 6593.**

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

### MERRIMACK MUTUAL FIRE INSURANCE COMPANY

| | |
|---|---|
| NAME (Type or print)<br>KEITH G. CARLSON | |
| SIGNATURE (Use electronic signature if the appearance form is filed(electronically) | */s/ Keith G. Carlson* |
| FIRM<br>CARLSON LAW OFFICES | |
| STREET ADDRESS<br>218 N. JEFFERSON | |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06194752 | TELEPHONE NUMBER<br>312-627-1212 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | **X**YES    NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES    **X** NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES    X  NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? **X**YES    NO | THAT DESCRIBES YOUR STATUS. |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW | |
| RETAINED COUNSEL    APPOINTED COUNSEL | |