## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ASTOR PLAZA CONDOMINIUM ASSOCIATION, DANIEL G. MOHEN, TRAVIS W. COCHRAN, GEETA KRISHNAMURTHI, and WILLIAM S. LODER,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and MERRIMACK MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Case No.  07 CV 6593<br><br>Judge Gottschall<br><br>Magistrate Judge Keys |

To:    Mr. Keith G. Carlson             Mr. Emorico H. Cavaliere
       Carlson Law Offices              Boundas, Skarzynski, Walsh &Black, LLC
       218 North Jefferson Street       200 E. Randolph Street
       Suite 101                        Suite 7200
       Chicago, IL  60661               Chicago, IL  60601

### NOTICE OF FILING

PLEASE TAKE NOTICE that on the 19th day of February, 2008, I caused to be filed *Plaintiffs' Reply In Support Of Their Motion For Leave To File Amended Complaint And To Remand Case To State Court*, a copy of which is hereby served upon you.

_____
David M. Jenkins

David M. Jenkins (No. 6211230)
Barone & Jenkins, P.C.
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, Illinois 60181
(630) 472-0037

## CERTIFICATE OF SERVICE

I hereby certify on February 19, 2008, a copy of the foregoing **Notice of Filing and Plaintiffs' Reply In Support Of Their Motion For Leave To File Amended Complaint And To Remand Case To State Court** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further caused a copy of the foregoing to be sent via regular U. S. Mail to:

To:    Mr. Keith G. Carlson              Mr. Emorico H. Cavaliere
       Carlson Law Offices              Boundas, Skarzynski, Walsh &Black, LLC
       218 North Jefferson Street       200 E. Randolph Street
       Suite 101                        Suite 7200
       Chicago, IL  60661               Chicago, IL  60601


_____
                    Diane B. Novosel


*Signed and Sworn to before me this*
*19th  day of February, 2008.*


_____
        *Notary Public*

DIANE M. TILLOTSON
MY COMMISSION EXPIRES
JANUARY 31 2012
NOTARY PUBLIC · OFFICIAL SEAL · STATE OF ILLINOIS

David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, Illinois 60181
(630) 472-0037
Attorney No. 34622