IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASTOR PLAZA CONDOMINIUM ASSOCIATION, DANIEL G. MOHEN, TRAVIS W. COCHRAN, GEETA KRISHNAMURTHI, and WILLIAM S. LODER, <br><br>  Plaintiffs, <br><br> v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and MERRIMACK MUTUAL FIRE INSURANCE COMPANY, <br><br>  Defendants. | Case No. 07 CV 6593 <br><br> Judge Gottschall <br><br> Magistrate Judge Keys |

**TRAVELERS' MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND TO REMAND CASE TO STATE COURT**

Defendant, Travelers Casualty and Surety Company of America ("Travelers"), by and through its attorneys, submits its Motion for Leave to File Surreply to Plaintiffs' Motion for Leave to File Amended Complaint and to Remand Case to State Court.

Travelers recently learned information germane to the disposition of Plaintiffs' pending Motion for Leave to File Amended Complaint and to Remand Case to State Court. Travelers' counsel was contacted recently by counsel for Margaret Goldberg (plaintiff in the underlying litigation) regarding what he believes are incorrect statements made in Plaintiffs' Reply and supporting affidavit. See Cavaliere affidavit, attached as Ex. "A." Plaintiffs also improperly included, as part of their Reply, evidence concerning an issue at the heart of their motion that was available to them at the time they initially filed their motion.

In its proposed Surreply, attached as Exhibit "B", Travelers submits the new information in the form of an affidavit by counsel for the underlying plaintiff that was not available to Travelers at the time it filed its Response to Plaintiff's motion. This affidavit contradicts representations made by Plaintiffs in their Reply, and otherwise responds to the new arguments contained in Plaintiffs' Reply. Based upon this information, which was not available at the time of filing its Response, Travelers now seeks leave to file its Surreply.

For the foregoing reasons, Travelers respectfully requests that the Court exercise its discretion and enter an order granting Travelers' Motion for Leave to File Surreply to Plaintiffs' Motion for Leave to File Amended Complaint and to Remand Case to State Court. Travelers further requests that the Court deny Plaintiffs' Motion for Leave to File Amended Complaint and to Remand Case to State Court and requests all other relief, in law or equity, that the Court deems proper and just.

Respectfully submitted,

Travelers Casualty and Surety Company of America

By: _____
One of its attorneys

Peter F. Lovato, III, Esq. (No. 1695940)
Michael J. Rosen, Esq. (No. 6193177)
Emorico H. Cavaliere, Esq. (No. 6277233)
Boundas, Skarzynski, Walsh & Black, LLC
200 E. Randolph Street, Suite 7200
Chicago, IL 60601
Phone: (312) 946-4200
Fax: (312) 946-4272