IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASTOR PLAZA CONDOMINIUM ASSOCIATION, DANIEL G. MOHEN, TRAVIS W. COCHRAN, GEETA KRISHNAMURTHI, and WILLIAM S. LODER, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 07 CV 6593 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and MERRIMACK MUTUAL FIRE INSURANCE COMPANY, | ) ) ) ) ) ) | Judge Gottschall<br><br>Magistrate Judge Keys |
| Defendants. | ) | |

## AFFIDAVIT OF EMORICO H. CAVALIERE

I, Emorico H. Cavaliere, being first duly sworn under oath, certify and state that I am over 18 years of age and, if called as a witness in this matter, could competently attest to the following facts from personal knowledge:

1. I am one of the attorneys for defendant Travelers Casualty and Surety Company of America ("Travelers") in the captioned litigation.

2. After Travelers filed its Response and Plaintiffs filed their Reply with respect to Plaintiffs' Motion for Leave to File Amended Complaint and to Remand Case to State Court, I was contacted by Ted A. Donner. Mr. Donner represents Ms. Margaret Goldberg, the plaintiff in the underlying litigation entitled <u>Margaret Goldberg v. Astor Plaza Condominium, et al.</u>, pending in the Chancery Division of the County Department in the Circuit Court of Cook County, Illinois, bearing Case No. 06 CH 24682 ("Underlying Litigation").

EXHIBIT A

3. Mr. Donner told me that Plaintiffs had made several misrepresentations to this Court in both Plaintiffs' Reply and the affidavit attached to Plaintiffs' Reply.

4. Mr. Donner himself prepared an affidavit addressing these purported misrepresentations. A true and accurate copy of Donner's affidavit is attached as Ex. "1."

5. In Mr. Donner's affidavit, he references and quotes certain email correspondence. On April 9, 2008, I asked him for copies of these emails and he told me that he is out of the office, and will not be able to forward them until the week of April 14, 2008. Because Travelers' motion for leave to file its surreply is time-sensitive, Travelers files its motion without the referenced emails, but upon receipt of these emails, they will then be filed with the Court as an additional exhibit to the surreply.

6. Mr. Donner also sent me a report of proceedings from a court hearing in the Underlying Litigation on March 17, 2008. A true and accurate copy of the court transcript is attached as Ex. "2."

FURTHER AFFIANT SAYETH NOT.

Dated: April 14, 2008

_____
Emorico H. Cavaliere

SUBSCRIBED AND SWORN TO
Before me this 14 day of April, 2008.

_____

Peter F. Lovato, III, Esq. (No. 1695940)
Michael J. Rosen, Esq. (No. 6193177)
Emorico H. Cavaliere, Esq. (No. 6277233)
Boundas, Skarzynski, Walsh & Black, LLC
200 E. Randolph Street, Suite 7200
Chicago, IL 60601
Phone: (312) 946-4200
Fax: (312) 946-4272