IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASTOR PLAZA CONDOMINIUM ASSOCIATION, DANIEL G. MOHEN, TRAVIS W. COCHRAN, GEETA KRISHNAMURTHI, and WILLIAM S. LODER,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and MERRIMACK MUTUAL FIRE INSURANCE COMPANY,<br><br>    Defendants. | Case No. 07 CV 6593<br><br>Judge Gottschall<br><br>Magistrate Judge Keys |

## NOTICE OF PRESENTMENT

TO:

| | |
|---|---|
| Keith G. Carlson, Esq.<br>CARLSON LAW OFFICES<br>218 North Jefferson Street, Suite 101<br>Chicago, IL 60661<br>*Attorney for Co-Defendant*<br>*Merrimack Mutual Ins. Co.* | Anthony G. Barone, Esq.<br>David M. Jenkins, Esq.<br>BARONE & JENKINS, P.C.<br>635 Butterfield Rd, Ste 145<br>Oakbrook Terrace, IL 60181<br>*Attorneys for the Plaintiffs* |

PLEASE TAKE NOTICE that on April 14, 2008, we filed Defendant Travelers Casualty and Surety Company of America's Motion for Leave to File Surreply to Plaintiffs' Motion for Leave to File Amended Complaint and to Remand Case to State Court, a copy of which is attached and served upon you, and that Travelers' Motion is scheduled to be presented to the Court on Thursday, April 17, 2008, at 9:30 in Courtroom No. 2325, or any courtroom handling the Court's motions on that date.

Respectfully submitted,

Travelers Casualty and Surety Company of America

By: _____
One of its attorneys

Peter F. Lovato, III, Esq. (No. 1695940)
Michael J. Rosen, Esq. (No. 6193177)
Emorico H. Cavaliere, Esq. (No. 6277233)
Boundas, Skarzynski, Walsh & Black, LLC
200 E. Randolph Street, Suite 7200
Chicago, IL 60601
(312) 946-4200

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that he served copies of the above notice, together with all documents referenced therein, upon the attorneys named in the attached Service List at the addresses listed via regular mail, before the hour of 5:00 p.m. on the 14th day of April, 2008.

SUBSCRIBED AND SWORN TO
before me this 14th day
of April, 2008.

_____

OFFICIAL SEAL
MARY C HOOKER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/12

P:\TRAV02\13562\PLEADINGS\Remand\Notice of Filing motion for leave to file surreply.doc