IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASTOR PLAZA CONDOMINIUM ASSOCIATION, DANIEL G. MOHEN, TRAVIS W. COCHRAN, GEETA KRISHNAMURTHI, and WILLIAM S. LODER, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 07 CV 6593 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and MERRIMACK MUTUAL FIRE INSURANCE COMPANY, | ) ) ) ) ) ) | Judge Gottschall<br><br>Magistrate Judge Keys |
| Defendants. | ) | |

### AFFIDAVIT OF EMORICO H. CAVALIERE

I, Emorico H. Cavaliere, being first duly sworn under oath, certify and state that I am over 18 years of age and, if called as a witness in this matter, could competently attest to the following facts from personal knowledge:

1. I am one of the attorneys for defendant Travelers Casualty and Surety Company of America ("Travelers") in the captioned litigation.

2. After Travelers filed its Response and Plaintiffs filed their Reply with respect to Plaintiffs' Motion for Leave to File Amended Complaint and to Remand Case to State Court, I was contacted by Ted A. Donner. Mr. Donner represents Ms. Margaret Goldberg, the plaintiff in the underlying litigation entitled <u>Margaret Goldberg v. Astor Plaza Condominium, et al.</u>, pending in the Chancery Division of the County Department in the Circuit Court of Cook County, Illinois, bearing Case No. 06 CH 24682 ("Underlying Litigation").

EXHIBIT A

3. Mr. Donner told me that Plaintiffs had made several misrepresentations to this Court in both Plaintiffs' Reply and the affidavit attached to Plaintiffs' Reply.

4. Mr. Donner himself prepared an affidavit addressing these purported misrepresentations. A true and accurate copy of Donner's affidavit is attached as Ex. "1."

5. Mr. Donner sent me copies of e-mail correspondence that he referenced in his affidavit, attached as Ex. "1." A true and accurate copy of these e-mails are attached as Ex. "2."

6. Mr. Donner also sent me a report of proceedings from a court hearing in the Underlying Litigation on March 17, 2008. A true and accurate copy of the court transcript is attached as Ex. "3."

FURTHER AFFIANT SAYETH NOT.

Dated: April 21, 2008

_____
Emorico H. Cavaliere

SUBSCRIBED AND SWORN TO
Before me this 21 day of April, 2008.

_____

Peter F. Lovato, III, Esq. (No. 1695940)
Michael J. Rosen, Esq. (No. 6193177)
Emorico H. Cavaliere, Esq. (No. 6277233)
Boundas, Skarzynski, Walsh & Black, LLC
200 E. Randolph Street, Suite 7200
Chicago, IL 60601
Phone: (312) 946-4200
Fax: (312) 946-4272

OFFICIAL SEAL
MARY C HOOKER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/12