**From:** Gabriella R. Comstock [mailto:grc@kkmcondolaw.com]
**Sent:** Wednesday, October 17, 2007 4:05 PM
**To:** tdonner@donnerco.com
**Cc:** Bryan Cagan
**Subject:** Astor Plaza

Please see the attached. The Board is currently trying to schedule the meeting so I will let you know once it is set.

Gabriella R. Comstock
Attorney at Law
KNUCKLES, KEOUGH & MOODY, P.C.
1001 East Chicago Avenue
Suite 103
Naperville, IL 60540
(630) 369-2700 x209
(630) 369-9279 (fax)



EXHIBIT 2



# KNUCKLES, KEOUGH & MOODY, P.C.

1001 East Chicago Avenue, Suite 103, Naperville, IL 60540
Telephone (630) 369-2700    Facsimile (630) 369-9279
www.kkmcondolaw.com

Writer's Direct Dial    (630) 369-2700 x 209
Writer's Email         grc@kkmcondolaw.com

October 17, 2007

*VIA ELECTRONIC & REGULAR MAIL*

Mr. Ted Donner
Donner & Company Law Offices LLC
1125 Wheaton Oaks Court
Wheaton, IL 60187

    RE:   *Peggy Goldberg/ Astor Plaza Condominium Association*
              *Window Replacement*

Dear Mr. Donner:

    I have forwarded your letter of October 15, 2007, to the Board of Directors for the Astor Plaza Condominium Association. Please be advised that the Board must have the following information to consider Ms. Goldberg's request:

1. A picture of the window or a brochure which includes the proposed windows.
2. A certificate of insurance for the Contractor who will be completing the work naming the Association, Cagan Management and the Goldbergs as co-insureds.
3. A statement as to whether a permit is required. If it is required, confirmation that the Goldbergs will obtain the same.
4. A statement as to whether all requirements of the Landmark Council have been complied with by the Goldbergs.
5. Your letter indicated that you will be using the scaffolding already on the property. Please provide a letter from Design 21 confirming that they consent to the use of the scaffolding.

# KNUCKLES, KEOUGH & MOODY, P.C.

Please forward this information as soon as possible, but no later than noon on Wednesday October 24, 2007, so that the Board can review the information. Your client will be notified as to when the next open meeting will be scheduled. However, the Board is moving quickly to get it scheduled. Again, if it is easier, Ms. Goldberg can simply forward this information directly to Cagan Management.

Very truly yours,

*Gabriella*

GABRIELLA R. COMSTOCK
Attorney at Law

GRC
cc:   Board of Directors
S:\data\client\Astor Plaza\Goldberg\Mail\opposing counsel\10-16-07grc.donner.windowspecs.wpd

**From:** Gabriella R. Comstock [mailto:grc@kkmcondolaw.com]
**Sent:** Wednesday, October 24, 2007 2:36 PM
**To:** Ted Donner
**Subject:** RE: Astor Plaza/Goldberg

Please forward it to me today/tonight via e-mail as I would like to address this tomorrow when we are together and avoid an extra trip to court. Thank you

Gabriella R. Comstock
Attorney at Law
KNUCKLES, KEOUGH & MOODY, P.C.
1001 East Chicago Avenue
Suite 103
Naperville, IL 60540
(630) 369-2700 x209
(630) 369-9279 (fax)

---

**From:** Ted Donner [mailto:tdonner@donnerco.com]
**Sent:** Wednesday, October 24, 2007 12:51 PM
**To:** Gabriella R. Comstock
**Subject:** RE: Astor Plaza/Goldberg

You should have our motion for additional time. I'll look into it. The 2-615/2-619 line in your brief is not so clearly drawn, I still believe, and our brief was difficult to read because of it. We've ended up splitting it up into two different briefs, each 13 pgs long. I will have copies ready later today and will send you one by email (and bring a set to court tomorrow as well). The motion is not scheduled for presentment until we're before the new judge.

---

**From:** Gabriella R. Comstock [mailto:grc@kkmcondolaw.com]
**Sent:** Wednesday, October 24, 2007 12:43 PM
**To:** Ted Donner
**Subject:** RE: Astor Plaza/Goldberg

Did you file a response to our Motion to Dismiss because I have not received it yet?

Gabriella R. Comstock
Attorney at Law
KNUCKLES, KEOUGH & MOODY, P.C.
1001 East Chicago Avenue
Suite 103
Naperville, IL 60540
(630) 369-2700 x209
(630) 369-9279 (fax)

---

**From:** Ted Donner [mailto:tdonner@donnerco.com]

**Sent:** Wednesday, October 24, 2007 12:47 PM
**To:** Gabriella R. Comstock
**Subject:** RE: Astor Plaza/Goldberg

Thank you. I will see you tomorrow morning.

---

**From:** Gabriella R. Comstock [mailto:grc@kkmcondolaw.com]
**Sent:** Wednesday, October 24, 2007 7:18 AM
**To:** Ted Donner
**Subject:** RE: Astor Plaza/Goldberg

It was not intentional. The workers were supposed to start with the bottom and will be told to do that.

Gabriella R. Comstock
Attorney at Law
KNUCKLES, KEOUGH & MOODY, P.C.
1001 East Chicago Avenue
Suite 103
Naperville, IL 60540
(630) 369-2700 x209
(630) 369-9279 (fax)

---

**From:** Ted Donner [mailto:tdonner@donnerco.com]
**Sent:** Tuesday, October 23, 2007 6:49 PM
**To:** Gabriella R. Comstock
**Subject:** RE: Astor Plaza/Goldberg

Not only are your contractors proceeding on the windows before the Goldbergs have been given even an opportunity to get their windows done, they are starting with the Goldbergs windows. It is hard to believe this isn't intentional. Please confirm that the work on their windows will be stopped immediately or we expect no alternative but to bring the matter to Judge Henry's attention.

---

**From:** Gabriella R. Comstock [mailto:grc@kkmcondolaw.com]
**Sent:** Thursday, September 13, 2007 1:37 PM
**To:** Ted Donner
**Subject:** RE: Astor Plaza/Goldberg

I will convey this to the Board and get back to you once I have direction. Thanks

Gabriella R. Comstock
Attorney at Law
KNUCKLES, KEOUGH & MOODY, P.C.
1001 East Chicago Avenue
Suite 103
Naperville, IL 60540
(630) 369-2700 x209
(630) 369-9279 (fax)

---

**From:** Ted Donner [mailto:tdonner@donnerco.com]
**Sent:** Wednesday, September 12, 2007 11:35 AM
**To:** Gabriella R. Comstock
**Subject:** RE: Astor Plaza/Goldberg

Gabriella: I'll send over a letter today later on but, in the meantime, wanted to reiterate my concern that we take care of whatever has to be done with the front windows so that the work can be done during the construction. Peggy is willing to use the same people doing the construction now to get the bay window done, as well as the

windows on the east side, if at all possible. Again, there are three things that need to be done. (1) Putting in windows and frames; (2) securing the flashing and (3) investigating the underlying bricks and mortar for any other problems. I don't remember if I've mentioned this before, but we had someone out to look at the bay window a few weeks ago and he confirmed that there was evidence of water damage in the outside frame. From the roof, it was clear even to me that the connection between the outside wall and the bay structure that runs up and down the length of the building is in bad condition; there is room for leakage up there and that leakage is probably what caused this damage to start with. Pictures of what we saw from the roof are attached to the amended complaint you are responding to now (I'm attaching a copy in color for your reference). Gabriella, Judge Henry was inclined to hold up construction at one point if that would be necessary to ensure that this could be done during the course of the existing work. There is no need for the waste of additional scaffolding, etc. if we can get this done now, and I can't help feeling that the Board may be dragging its heels on this. We've agreed (albeit reluctantly) to pay for this up front and defer whether Astor Plaza should be responsible for the cost until later – so is there any reason we can't get this scheduled and done? I look forward to hearing from you. -Ted.

P.S. In what looks like your last email to me, you asked for a response to your settlement offer on my letterhead. I will also include a copy of that rejection (along with my client's counteroffer to buy Loder's unit for the same price) in the same letter I'm sending later today regarding the window.

**From:** Gabriella R. Comstock [mailto:grc@kkmcondolaw.com]
**Sent:** Sunday, February 17, 2008 4:08 PM
**To:** Ted Donner
**Subject:** Astor Plaza/Goldberg

Ted

I have discussed your request to stay the matter with the Defendants. The Defendants will not agree to stay the matter. Your client was the one who filed this lawsuit. So either the case continues to move ahead or she should dismiss it. My office has inquired on the status of Plaintiff's briefs, which were due on February 7th, several times. We first were told on February 11th that they would be filed late and that you would file a motion if necessary. When we did not receive anything, I inquired again, only to be told now you want to put things off. This has been the history of this case. Plaintiff ignores orders and deadlines and then when she wants something everything has to drop. It is time for her to decide if she really wants the case to continue.

I also have not received anything from you regarding settlement. When we spoke, I asked you to get some authority from your client and to please find out what it would take to be done with this matter.

If I do not receive your responses or confirmation that you will be moving to dismiss the case by the close of business of Tuesday, I will proceed accordingly.

Thank you

Gabriella R. Comstock
Attorney at Law
KNUCKLES, KEOUGH & MOODY, P.C.
1001 East Chicago Avenue
Suite 103
Naperville, IL 60540
(630) 369-2700 x209
(630) 369-9279 (fax)

**From:** Gabriella R. Comstock [mailto:grc@kkmcondolaw.com]
**Sent:** Wednesday, October 24, 2007 8:49 PM
**To:** Ted Donner
**Subject:** Astor Plaza

Ted

It has just come to my attention that Design 21 will resume work tomorrow on installing the panels on the bay windows. The work will be done from the top and work downwards. Design 21 has advised the Board that the installation of the panels will not affect the installation of window or any repairs to the windows, as the panels are not anchored on to the window frames.


Gabriella R. Comstock
Attorney at Law
KNUCKLES, KEOUGH & MOODY, P.C.
1001 East Chicago Avenue
Suite 103
Naperville, IL 60540
(630) 369-2700 x209
(630) 369-9279 (fax)

**From:** Gabriella R. Comstock [mailto:grc@kkmcondolaw.com]
**Sent:** Thursday, October 25, 2007 4:13 PM
**To:** tdonner@donnerco.com
**Cc:** Bryan Cagan
**Subject:** Astor Plaza

Ted
It is very difficult to read the documents that you forwarded regarding the Goldbergs' windows. Could you overnight the original pictures or brochure and the insurance of certificate to Bryan at Cagan Management or if Peggy has them perhaps we could get it from her? Please advise.

Gabriella R. Comstock
Attorney at Law
KNUCKLES, KEOUGH & MOODY, P.C.
1001 East Chicago Avenue
Suite 103
Naperville, IL 60540
(630) 369-2700
(630) 369-9279 (fax)

**From:** Karno Mark L Associates Karno [mailto:mlkarno@sbcglobal.net]
**Sent:** Tuesday, November 06, 2007 10:15 PM
**To:** Ted Donner
**Subject:** Fw: Exposure to the elements

Ted:

    This is the classy response I received from Mr. Loder to my email.

Regards,


Mark L. Karno
MARK L. KARNO & ASSOCIATES
33 N. La Salle Street
Suite 3200
Chicago, IL 60602
Tel: 312-701-0090
Fax: 312-701-0600


-----Original Message-----
From: "Bill Loder" <wm.loder@sbcglobal.net>

Date: Tue, 6 Nov 2007 11:19:26
To:"'Karno Mark L Associates Karno'" <mlkarno@sbcglobal.net>
Cc:"Lachman &Geeta Kristamurthi" <lkmurthi@aol.com>, <rpmohen@hotmail.com>,   "Travis Cochran" <tcochranfx@yahoo.com>
Subject: RE: Exposure to the elements


To quote Mark shit happens.



----------------

From: Karno Mark L Associates Karno [mailto:mlkarno@sbcglobal.net]
Sent: Monday, November 05, 2007 10:45 PM
To: Bryan Cagan
Cc: Bill Loder; drewholdings@hotmail.com; Lachman &Geeta Kristamurthi; Perry & Peggy Goldberg; rpmohen@hotmail.com; Travis Cochran; perrygoldberg@aol.com; tdonner@donnerco.com
Subject: Exposure to the elements

**From:** Gabriella R. Comstock [mailto:grc@kkmcondolaw.com]
**Sent:** Thursday, January 24, 2008 3:18 PM
**To:** Ted Donner
**Subject:** Astor Plaza v Goldberg

Attached is a copy of the order entered today. I would like to discuss with you some ideas to settle this matter. Is there a good time on Monday or Tuesday we can talk. Thanks

Gabriella R. Comstock
Attorney at Law
KNUCKLES, KEOUGH & MOODY, P.C.
1001 East Chicago Avenue
Suite 103
Naperville, IL 60540
(630) 369-2700 x209
(630) 369-9279 (fax)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

Margaret Goldberg )
)
)
vs. ) No. 06 CH 24682
)
Astor Plaza Condo. Assoc., et al. )
)

Agreed ORDER

This cause coming on for entry of a briefing schedule on the Motion of Movant, ~~Plaintiff~~ Defendant for ___ 2-615 Dismissal; ___ 2-619 Dismissal; ___ Rule 103(b) Dismissal; ___ 2-1005 Summary Judgment; ✓ Other Motion to Compel Plaintiff to Name Necessary Parties, the Court being advised in the premises:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Response of Plaintiff is due on 2/7, 20 08.
2. The Reply of Defendant is due on 2/21, 20 08.
3. The matter is set for hearing on March 17, 20 08 at 2:00 (a.m.) (p.m.)
4. **MOVANT'S DUTIES TO THE COURT.** Without exception, the movant shall provide this Court with a complete set of all courtesy copies – *on the date the reply brief is due and no later.* NOTE THAT YOUR HEARING DATE WILL BE STRICKEN BY THIS COURT FOR FAILURE TO PROVIDE COURTESY COPIES BY THE DATE REPLY BRIEF IS DUE! Courtesy copies are to include the following items:
   * the Motion, and supporting memorandum of law, if any;
   * the Response;
   * the Reply;
   * the most current version of the Complaint;
   * all exhibits referred to in any pleadings; and
   * copies of all out-of-state and federal caselaw and statutes (not Illinois).
5. **BRIEF FORMAT.** Without prior leave of court, no brief shall be submitted to this Court that is (exclusive of exhibits) in excess of 15 pages, double-spaced, in 12-point font, on 8.5 x 11" paper, with 1" margins on all sides.
6. Other: Defendant has 14 days, to 2/7/08 to file a Responsive Pleading to Defendants Counterclaim.

**NO HEARINGS ON CONTESTED MOTIONS WILL BE HELD WITHOUT FULL COMPLIANCE**

Atty. No. 43187
Name: Knuckles, Keough + Moody
Attorney for: Defendant
Address: 1001 E. Chicago Ave
City: Naperville IL 60540
Telephone: 630 869 2700

ENTER:
Judge James P. Flannery #1626

ENTERED
JUDGE DANIEL A. RILEY - 1644
JAN 24 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY IL
DEPUTY CLERK

Courtesy copies can be emailed to mewoodz@cookcountygov.com