IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASTOR PLAZA CONDOMINIUM ASSOC., DANIEL G. MOHEN, TRAVIS W. COCHRAN, GEETA KRISHNAMURTHI, and WILLIAM S. LODER, <br><br>Plaintiffs, <br><br>v. <br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and MERRIMACK MUTUAL FIRE INSURANCE COMPANY, <br><br>Defendants. | Case No. 07 CV 6593 <br><br>Judge Gottschall <br><br>Magistrate Judge Keys |

## NOTICE OF FILING FOR TRAVELERS' SURREPLY TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND TO REMAND CASE TO STATE COURT

**TO:**

| | |
|---|---|
| Keith G. Carlson, Esq. <br> CARLSON LAW OFFICES <br> 218 North Jefferson Street, Suite 101 <br> Chicago, IL 60661 <br> *Attorney for Co-Defendant* <br> *Merrimack Mutual Ins. Co.* | Anthony G. Barone, Esq. <br> David M. Jenkins, Esq. <br> BARONE & JENKINS, P.C. <br> 635 Butterfield Rd, Ste 145 <br> Oakbrook Terrace, IL 60181 <br> *Attorneys for the Plaintiffs* |

PLEASE TAKE NOTICE that on April 21, 2008, we filed Defendant Travelers Casualty and Surety Company of America's Surreply to Plaintiffs' Motion For Leave to File Amended Complaint and to Remand Case to State Court, a copy of which is attached and served upon you.

Respectfully submitted,

Travelers Casualty and Surety Company of America

By: *[signature] Emorico H. Cavaliere*
One of its attorneys

Peter F. Lovato, III, Esq. (No. 1695940)
Michael J. Rosen, Esq. (No. 6193177)
Emorico H. Cavaliere, Esq. (No. 6277233)
Boundas, Skarzynski, Walsh & Black, LLC
200 E. Randolph Street, Suite 7200
Chicago, IL 60601
(312) 946-4200

## CERTIFICATE OF SERVICE

      The undersigned, being first duly sworn on oath, deposes and states that he served copies of the above notice, together with all documents referenced therein, upon the attorneys named in the attached Service List at the addresses listed via regular mail on the 21st day of April, 2008.

SUBSCRIBED AND SWORN TO
before me this 21st day
of April, 2008.

_____

OFFICIAL SEAL
MARY C HOOKER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/27/12

P:\TRAV02\13562\PLEADINGS\Remand\Surreply\Notice of Filing Travelers' Surreply.doc