# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6593 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Astor Plaza Condominium Association et al vs. Travelers Casualty and Surety Company | | |

**DOCKET ENTRY TEXT**

MOTION by Defendant Travelers Casualty and Surety Company of America for Leave to File Surreply to Plaintiffs' Motion to Amend Complaint and Remand to State Court [22] is granted.  Plaintiff's response is due by 5/8/2008.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|