IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASTOR PLAZA CONDOMINIUM ASSOCIATION, DANIEL G. MOHEN, TRAVIS W. COCHRAN, GEETA KRISHNAMURTHI, and WILLIAM S. LODER,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and MERRIMACK MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | Case No. 07 CV 6593<br><br>Judge Gottschall<br><br>Magistrate Judge Keys |

To:  Mr. Keith G. Carlson                Mr. Emorico H. Cavaliere
     Carlson Law Offices                 Boundas, Skarzynski, Walsh &Black, LLC
     218 North Jefferson Street          200 E. Randolph Street
     Suite 101                           Suite 7200
     Chicago, IL  60661                  Chicago, IL  60601

### NOTICE OF FILING

PLEASE TAKE NOTICE that on the 8th day of May, 2008, I caused to be filed *Plaintiffs' Response to Defendant's Sur-Reply Regarding Plaintiffs' Motion to Amend and Remand Case to Sate Court*, a copy of which is hereby served upon you.

_____
David M. Jenkins

David M. Jenkins (No. 6211230)
Barone & Jenkins, P.C.
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, Illinois 60181
(630) 472-0037

## CERTIFICATE OF SERVICE

  I hereby certify on May 8, 2008, a copy of the foregoing **Notice of Filing** and **Plaintiffs' Response to Defendant's Sur-Reply Regarding Plaintiffs' Motion to Amend and Remand Case to State Court** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further caused a copy of the foregoing to be sent via regular U. S. Mail to:

| | | |
|---|---|---|
| To: | Mr. Keith G. Carlson<br>Carlson Law Offices<br>218 North Jefferson Street<br>Suite 101<br>Chicago, IL 60661 | Mr. Emorico H. Cavaliere<br>Boundas, Skarzynski, Walsh &Black, LLC<br>200 E. Randolph Street<br>Suite 7200<br>Chicago, IL 60601 |

_____
Elizabeth A. Person

*Signed and Sworn to before me this
8th day of May, 2008.*

_____
*Notary Public*

David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, Illinois 60181
(630) 472-0037
Attorney No. 34622